UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE ESTATE OF ANTHONY K. BROWN<br>By and through VARA BROWN et al.,<br><br>                    Plaintiffs<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al,<br><br>                    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-cv-531-RCL<br>)<br>)<br>)<br>)<br>) |

NOTICE OF ENTRY OF APPEARANCE

The Court will please enter the appearance of Noel J. Nudelman as additional counsel for the Plaintiffs to receive electronic notifications in the above referenced matter through the Court's ECF filing system.

Dated:  April 9, 2008                    Respectfully Submitted,

                                         HEIDEMAN NUDELMAN
                                          & KALIK P.C.
                                         1146 19th Street, 5th Floor
                                         Washington, DC  20036
                                         Telephone:  202-463-1818
                                         Telefax:  202-463-2999

                                         By:   /s/ *Noel J. Nudelman*
                                             Richard D. Heideman (No. 377462)
                                             Noel J. Nudelman (No. 449969)
                                             Tracy Reichman Kalik (No. 462055)