# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

THE ESTATE OF ANTHONY K. BROWN :
By and through VARA BROWN :
6201 Neff Street :
Detroit, MI 48224 :
 :
and :
 :
VARA BROWN :
6201 Neff Street :
Detroit, MI 48224 :
 : **AMENDED COMPLAINT**
and : Civil Action No. 08-cv-00531-RCL
 :
JOHN BROWN :
6201 Neff Street :
Detroit, MI 48224 :
 :
and :
 :
SULBA BROWN :
6201 Neff Street :
Detroit, MI 48224 :
 :
and :
 :
ROWEL BROWN :
6201 Neff Street :
Detroit, MI 48224 :
 :
and :
 :
MARVINE MCBRIDE :
15065 Lincoln Avenue :
East Point, MI 48021 :
 :
and :
 :
LAJUANA SMITH :
20284 Forrer Street :
Detroit, MI 48235 :
 :
and :

JOSEPH A. BARILE        :
305 Lucas Park Drive      :
Greensboro, NC 27455    :
                                   :
and                       :
                                   :

ANGELA E. BARILE      :
6546 Date Palm Boulevard, #9 :
Port Richey, FL 34668     :
 :
and                       :
 :

MICHAEL BARILE       :
223 Carterett Avenue     :
Seaside Heights, NJ 08751  :
 :
and                       :
 :

ANDREA CIARLA       :
7121-B Congress Street   :
New Port Richey, FL 34653  :
 :
and                       :
 :

ANN MARIE MOORE    :
7127 Congress Street, #201  :
New Port Richey, FL 34653  :
 :
and                       :
 :

ANGELA YOAK          :
5405 Alton Parkway, #5A764 :
Irvine, CA 92604        :
 :
and                       :
 :

JOHN BECKER         :
658 Glenmore Drive       :
Evansville, IN 47715     :
 :
and                       :
 :

RODNEY E. BURNS     :
34155 Monroe Road, #466  :
Stoutsville, MO 65283     :

                                             :

and                                      :

                                         :

DAVID BURNS                      :

2566 Highway East               :

Silex, MO 63377                 :

                                         :

and                                      :

                                         :

EUGENE BURNS                   :

23591 Monroe Road, #483       :

Stoutsville, MO 65283         :

                                         :

and                                      :

                                       :

JEANNIE SCAGGS               :

15098 Iva Court                 :

Wright City, MO 63390        :

                                         :

and                                      :

                                       :

DANIEL CUDDEBACK, JR.      :

414 Winchell Mountain Road    :

Millerton, NY 12546          :

                                         :

and                                      :

                                       :

BARBARA CUDDEBACK        :

46 Wakeman Road              :

Millerton, NY 12546          :

                                         :

and                                      :

                                       :

DANIEL CUDDEBACK, SR.      :

46 Wakeman Road              :

Millerton, NY 12546          :

                                         :

and                                      :

                                       :

JOHN R. CUDDEBACK          :

414 Winchell Mountain Road    :

Millerton, NY 12546          :

                                         :

and                                      :

                                       :

ROBERT DEAN                     :

2817 W. Sixth Street                                :
Little Rock, AR 72205                               :
                                                    :
and                                                 :
                                                    :
MICHAEL EPISCOPO                                    :
107 Fleetwood Lane                                  :
Minoa, NY 13116                                     :
                                                    :
and                                                 :
                                                    :
RANDY GADDO                                         :
191 McIntosh Trail                                  :
Peachtree City, GA 30269                            :
                                                    :
and                                                 :
                                                    :
LOUISE GADDO BLATTLER                               :
2984 Jamestown Court, North                         :
Mishawaka, IN 46545                                 :
                                                    :
and                                                 :
                                                    :
PETER GADDO                                         :
P.O. Box 30                                         :
Pelham, NC 27311                                    :
                                                    :
and                                                 :
                                                    :
TIMOTHY GADDO                                       :
5530 Sycamore Lane, North                           :
Plymouth, MN 55442                                  :
                                                    :
and                                                 :
                                                    :
THE ESTATE OF WILLIAM R. GAINES, JR.               :
By and through MICHAEL A. GAINES                    :
14215 Puffin Court                                  :
Clearwater, FL 33762                                :
                                                    :
and                                                 :
                                                    :
MICHAEL A. GAINES                                   :
14215 Puffin Court                                  :
Clearwater, FL 33762                                :
                                                    :

and                                               :
                                                  :
WILLIAM R. GAINES, SR.                            :
14215 Puffin Court                                :
Clearwater, FL 33762                              :
                                                  :
and                                               :
                                                  :
EVELYN SUE SPEARS ELLIOTT                         :
3149 Trinity Road                                 :
Lexington, KY 40503                               :
                                                  :
and                                               :
                                                  :
CAROLYN SPEARS                                    :
1100 Parklawn Drive                               :
Lexington, KY 40517                               :
                                                  :
and                                               :
                                                  :
MARK SPEARS                                       :
461 Stone Creek Drive                             :
Lexington, KY  40503                              :
                                                  :
and                                               :
                                                  :
JAMES S. SPEARS                                   :
1100 Parklawn Drive                               :
Lexington, KY 40517                               :
                                                  :
and                                               :
                                                  :
CAROL WEAVER                                      :
1108 Weaver Farms Lane                            :
Spring Hill, TN 37174                             :
                                                  :
and                                               :
                                                  :
THE ESTATE OF VIRGEL HAMILTON                     :
By and through GLORIA HAMILTON                    :
8 Ashgrove Court                                  :
Franklin, OH 45005                                :
                                                  :
and                                               :
                                                  :
GLORIA HAMILTON

8 Ashgrove Court       :
Franklin, OH 45005      :
             :
and            :
             :
BRUCE HASTINGS      :
23633 Beech Lane      :
Seaford, DE 19973      :
             :
and            :
             :
MAYNARD HODGES     :
230 Maple Avenue      :
Rocky Mountain, VA 19973   :
             :
and            :
             :
LORETTA BROWN      :
107 Falcon Ridge Road    :
Rocky Mountain, VA 24151   :
             :
and            :
             :
KATHY HODGES       :
230 Maple Avenue      :
Rocky Mountain, VA 19973   :
             :
and            :
             :
MARY JEAN HODGES    :
10 Law Street        :
Rocky Mountain, VA 24151   :
             :
and            :
             :
CINDY HOLMES       :
885 Monticello Drive     :
Pinehurst, NC 28374     :
             :
and            :
             :
SHANA SAUL        :
1800 Wachovia Tower, Drawer 1200 :
Roanoke, VA 24006     :
             :
and            :

DANIEL JOY                                          :
P.O. Box 1553                                       :
Jacksonville, NC 28541                              :
                                                    :
and                                                 :
                                                    :
SEAN KIRKPATRICK                                    :
14845 99th Way, SE                                  :
Yelm, WA 98597                                      :
                                                    :
and                                                 :
                                                    :
DANIEL KREMER                                       :
6633 North Canal Road                               :
Lockport, NY 14094                                  :
                                                    :
and                                                 :
                                                    :
THE ESTATE OF CHRISTINE KREMER                      :
By and through JOSEPH KREMER                        :
16 Square Court                                     :
Gettsville, NY 14068                                :
                                                    :
and                                                 :
                                                    :
JOSEPH T. KREMER                                    :
16 Square Court                                     :
Gettsville, NY 14068                                :
                                                    :
and                                                 :
                                                    :
THE ESTATE OF THOMAS KREMER                         :
By and through JOSEPH KREMER                        :
16 Square Court                                     :
Gettsville, NY 14068                                :
                                                    :
and                                                 :
                                                    :
JACQUELINE STAHRR                                   :
106 Stutzman Road                                   :
Bowmansville, NY 14026                              :
                                                    :
and                                                 :
                                                    :
THE ESTATE OF DAVID A. LEWIS                        :

By and through BETTY LEWIS :
13603 Alvin Avenue :
Garfield Heights, OH 44105 :
:
and :
:
BETTY LEWIS :
13603 Alvin Avenue :
Garfield Heights, OH 44105 :
:
and :
:
JERRY L. LEWIS :
4395 Glenmere Drive :
Warrensville Heights, OH 44105 :
:
and :
:
SCOTT M. LEWIS :
4544 Merrygold Avenue :
Warrensville Heights, OH 44128 :
:
and :
:
PAUL MARTINEZ, SR. :
19426 Highlite Drive :
Clinton Township, MI 48035 :
:
and :
:
TERESA GUNTHER :
477 Labelle Street :
Gross Point Farms, MI 48236 :
:
and :
:
ALPHONSO MARTINEZ :
30348 Cosino Street :
Warren, MI 48092 :
:
and :
:
DANIEL L. MARTINEZ :
13803 Fairmount Drive :
Detroit, MI 48205 :
:

and                                                      :
                                                         :
MICHAEL MARTINEZ                                         :
7100 W. Samaria Road                                     :
Ottawa Lake, MI 49267                                    :
                                                         :
and                                                      :
                                                         :
PAUL MARTINEZ, JR.                                       :
18560 Huntington Avenue                                  :
Harper Woods, MI 48225                                   :
                                                         :
and                                                      :
                                                         :
TOMASITA L. MARTINEZ                                     :
18960 Hamburg Street                                     :
Detroit, MI 48205                                        :
                                                         :
and                                                      :
                                                         :
ESTHER MARTINEZ PARKS                                    :
18960 Hamburg Street                                     :
Detroit, MI 48205                                        :
                                                         :
and                                                      :
                                                         :
SUSANNE YEOMAN                                           :
8637 Sterling Street                                     :
Centerline, MI 48015                                     :
                                                         :
and                                                      :
                                                         :
JOHN OPATOVSKY                                           :
26 7th Street                                            :
Hillburn, NY 10931                                       :
                                                         :
And                                                      :
                                                         :
THE ESTATE OF JEFFREY B. OWEN                            :
By and through STEVEN OWEN                               :
2101 Parks Avenue, Suite 801                             :
Virginia Beach, VA 23451                                 :
                                                         :
and                                                      :
                                                         :
JEAN G. OWENS

509 Malibu Drive, #315                                  :
Virginia Beach, VA 23452                                :
                                                        :
and                                                     :
                                                        :
STEVEN OWEN                                             :
2101 Parks Avenue, Suite 801                            :
Virginia Beach, VA 23451                                :
                                                        :
and                                                     :
                                                        :
THE ESTATE OF MICHAEL L. PAGE                           :
By and through MARY BETH PAGE                           :
4106 West 220th Street                       :
Fairview Park, OH 44126                                 :
                                                        :
and                                                     :
                                                        :
ALBERT PAGE                                             :
952 State Route 511 North                               :
Lot 23                                                  :
Ashland, OH 44805                                       :
                                                        :
and                                                     :
                                                        :
JANET PAGE                                              :
952 State Route 511 North                               :
Lot 23                                                  :
Ashland, OH 44805                                       :
                                                        :
and                                                     :
                                                        :
JOYCE CLIFFORD                                          :
190 Orchard Park Road                                   :
Mansfield, OH 44904                                     :
                                                        :
and                                                     :
                                                        :
DAVID PENOSKY                                           :
850 Wescott Park Road                                   :
Mantu, NC 27954                                         :
                                                        :
and                                                     :
                                                        :
JOSEPH PENOSKY                                          :
5456-1 Hughes Street                                    :

Fort Hood, TX 76544                          :
                                             :
and                                          :
                                             :
CHRISTIAN R. RAUCH                           :
18 Gurnee Avenue                             :
Haverstraw, NY 10927                         :
                                             :
and                                          :
                                             :
LEONARD PAUL TICE                            :
720 Third Avenue, #513                       :
New Cumberland, WV 26047                     :
                                             :
and                                          :
                                             :
THE ESTATE OF BURTON WHERLAND                :
By and through SARAH WHERLAND                :
206 NE 90th Terrace                          :
Kansas City, MO 64155                        :
                                             :
and                                          :
                                             :
GREGORY WHERLAND                             :
101 E. 69th Way                              :
Long Beach, CA 90805                         :
                                             :
and                                          :
                                             :
KIMMY WHERLAND                               :
1515 Capalina Road, #414                     :
San Marcos, CA 92069                         :
                                             :
and                                          :
                                             :
SARAH WHERLAND                               :
206 NE 90th Terrace                          :
Kansa City, MO 64155                         :
                                             :
and                                          :
                                             :
SHARON DAVIS                                 :
1298 Old State Route 78                      :
Batavia, OH 45103                            :
                                             :
and                                          :

```
                                             :
CHARLES F. WEST                              :
845 Washington Street                        :
New Richmond, OH 45157                       :
                                             :
and                                          :
                                             :
CHARLES H. WEST                              :
1211 Washington Street                       :
Parkersburg, WV 26101                        :
                                             :
and                                          :
                                             :
RICK WEST                                    :
1217 Pondview Drive                          :
Manning, SC 29102                            :
                                             :
and                                          :
                                             :
ALAN C. ANDERSON                             :
P.O. Box 556                                 :
Holden, WV 25625                             :
                                             :
and                                          :
                                             :
MICHAEL ANDERSON                             :
1808 ½ Marcum Terrace                        :
Huntington, WV 25705                         :
                                             :
and                                          :
                                             :
THELMA ANDERSON                              :
P.O. Box 556                                 :
Holden, WV 25625                             :
                                             :
and                                          :
                                             :
THE ESTATE OF STEPHEN B. BLAND               :
By and through RUTH ANN BLAND                :
104 Barkwood Lane                            :
Greenwood, SC 28540                          :
                                             :
and                                          :
                                             :
THE ESTATE OF FRANK BLAND                    :
By and through JAMES BLAND                   :
```

3702 Briscoe Street                                     :
Greenville, TX 74010                                    :
                                                        :
and                                                     :
                                                        :
JAMES BLAND                                             :
3702 Briscoe Street                                     :
Greenville, TX 74010                                    :
                                                        :
and                                                     :
                                                        :
RUTH ANN BLAND                                          :
104 Barkwood Lane                                       :
Greenwood, SC 28540                                     :
                                                        :
and                                                     :
                                                        :
THE ESTATE OF LAURA V. COPELAND                         :
By and through STEVEN COPELAND                          :
125 Prairie Creek                                       :
Red Oak, TX 75154                                       :
                                                        :
and                                                     :
                                                        :
THE ESTATE OF SIDNEY DECKER                             :
By and through IDA AND DUDLEY DECKER                    :
1912 Rocky Hill Estates Road                            :
Clarkson, KY 42726                                      :
                                                        :
and                                                     :

DUDLEY DECKER                                           :
1912 Rocky Hill Estates Road                            :
Clarkson, KY 42726                                      :
                                                        :
and                                                     :
                                                        :
IDA DECKER                                              :
1912 Rocky Hill Estates Road                            :
Clarkson, KY 42726                                      :
                                                        :
and                                                     :
                                                        :
JOHNNIE DECKER                                          :
1912 Rocky Hill Estates Road                            :
Clarkson, KY 42726                                      :

|  | : |
| and | : |
|  | : |
| CAROLYN MUDD | : |
| 1215 Conoloway Road | : |
| Clarkson, KY 42726 | : |
|  | : |
| and | : |
|  | : |
| RONALD DUPLANTY | : |
| 837 SW Sundown Trail | : |
| Burleson, TX 76028 | : |
|  | : |
| and | : |
|  | : |
| THE ESTATE OF SEAN F. ESTLER | : |
| By and through LOUIS C.ESTLER, JR. AND | : |
| MARY ELLEN ESTLER | : |
| 44 Strathmere Street | : |
| Waretown, NJ 08758 | : |
|  | : |
| and | : |
|  | : |
| KEITH ESTLER | : |
| 133 Vermont Trail | : |
| Hopanteong, NJ 07843 | : |
|  | : |
| and | : |
|  | : |
| LOUIS C. ESTLER, JR. | : |
| 44 Strathmere Street | : |
| Waretown, NJ 08758 | : |
|  | : |
| and | : |
|  | : |
| MARY ELLEN ESTLER | : |
| 44 Strathmere Street | : |
| Waretown, NJ 08758 | : |
|  | : |
| and | : |
|  | : |
| THE ESTATE OF BENJAMIN E. FULLER | : |
| By and through DAVID ALLEN | : |
| 336 Grist Mill Drive | : |
| Acworth, GA 30101-4772 | : |
|  | : |

and                                                    :
                                                       :
ELAINE ALLEN                                           :
336 Grist Mill Drive                                   :
Acworth, GA 30101-4772                                 :
                                                       :
and                                                    :
                                                       :
ERNEST C. FULLER                                       :
c/o DAVID ALLEN                                        :
336 Grist Mill Drive                                   :
Acworth, GA 30101-4772                                 :
                                                       :
and                                                    :
                                                       :
JOHN GIBSON                                            :
P.O. Box 417                                           :
Fort McCoy, FL 32134                                   :
                                                       :
and                                                    :
                                                       :
HOLLY GIBSON                                           :
P.O. Box 417                                           :
Fort McCoy, FL 32134                                   :
                                                       :
and                                                    :
                                                       :
MAURICE GIBSON                                         :
2004 South Moore Road                                  :
Springfield, MO 65807                                  :
                                                       :
and                                                    :
                                                       :
THE ESTATE OF MICHAEL HASTINGS                         :
By and through JOYCE HASTINGS                          :
300 Fifth Street                                       :
Seaford, DE 19973                                      :
                                                       :
and                                                    :
                                                       :
JOYCE HASTINGS                                         :
300 Fifth Street                                       :
Seaford, DE 19973                                      :
                                                       :
and                                                    :
                                                       :

THE ESTATE OF PAUL HEIN                    :
By and through JO ANN HEIN                 :
51209 Brandychase West                     :
Granger, IL 46530                          :
                                           :
and                                        :
                                           :
CHRISTOPHER HEIN                           :
51209 Brandychase West                     :
Granger, IL 46530                          :
                                           :
and                                        :
                                           :
JO ANN HEIN                                :
51209 Brandychase West                     :
Granger, IL 46530                          :
                                           :
and                                        :
                                           :
KAREN HEIN                                 :
51209 Brandychase West                     :
Granger, IL 46530                          :
                                           :
and                                        :
                                           :
VICTOR HEIN                                :
12909 S. Escanaba                          :
Chicago, IL 60633                          :
                                           :
and                                        :
                                           :
JACQUELINE M. KUNCYZ                       :
O No 734 Woodlawn Street                   :
Wheaton, IL 60187                          :
                                           :
and                                        :
                                           :
THE ESTATE OF JOHN HENDRICKSON             :
By and through DEBORAH RYAN                :
310 Wildwood Drive                         :
Jacksonville, NC 28546                     :
                                           :
and                                        :
                                           :
JOHN HENDRICKSON, JR.                      :
310 Wildwood Drive                         :

Jacksonville, NC 28546                          :
                                                :
and                                             :
                                                :
TYSON HENDRICKSON                               :
310 Wildwood Drive                              :
Jacksonville, NC 28546                          :
                                                :
and                                             :
                                                :
DEBORAH RYAN                                    :
310 Wildwood Drive                              :
Jacksonville, NC 28546                          :
                                                :
and                                             :
                                                :
THE ESTATE OF BRUCE HOLLINGSHEAD                :
By and through MELINDA HOLLINGSHEAD             :
115 Powell Avenue                               :
Fairbourne, OH 45324                            :
                                                :
and                                             :
                                                :
MELINDA HOLLINGSHEAD                            :
115 Powell Avenue                               :
Fairbourne, OH 45324                            :
                                                :
and                                             :
                                                :
RENARD MANLEY                                   :
920 Girard Drive                                :
Orlando, FL 37824                               :
                                                :
and                                             :
                                                :
THE ESTATE OF MICHAEL R. MASSMAN                :
By and through LYDIA MASSMAN                    :
2520 W. Cobblestone Road                        :
La Habra, CA 90631                              :
                                                :
and                                             :
                                                :
NICOLE GOMEZ                                    :
7953 Nightingale Lane                           :
San Diego, CA 92123                             :
                                                :

and                                          :
                                             :
ANGELA MASSMAN                               :
6910 Dale Street, Apt. A                     :
Buena Park, CA 90621                         :
                                             :
and                                          :
                                             :
KRISTOPHER MASSMAN                           :
14420 Dunnet Avenue                          :
La Mirada, CA 90638                          :
                                             :
and                                          :
                                             :
LYDIA MASSMAN                               :
2520 W. Cobblestone Road                     :
La Habra, CA 90631                           :
                                             :
and                                          :
                                             :
PATRICIA LOU SMITH                           :
1909 Military Street, #6                     :
Port Huron, MI 48060                         :
                                             :
and                                          :
                                             :
THE ESTATE OF LOUIS MELENDEZ                 :
By and through ZAIDA MELENDEZ                :
P.O. Box 662                                 :
Ceiba, Puerto Rico 00635                     :
                                             :
and                                          :
                                             :
DOUGLAS J. MELENDEZ                          :
P.O. Box 662                                 :
Ceiba, Puerto Rico 00635                     :
                                             :
and                                          :
                                             :
JOHNNY MELENDEZ                              :
P.O. Box 662                                 :
Ceiba, Puerto Rico 00635                     :
                                             :
and                                          :
                                             :
JOHNNY MELENDEZ, JR.                         :

P.O. Box 662                              :
Ceiba, Puerto Rico 00635                  :
                                          :
and                                       :
                                          :
ZAIDA MELENDEZ                            :
P.O. Box 662                              :
Ceiba, Puerto Rico 00635                  :
                                          :
and                                       :
                                          :
THE ESTATE OF MICHAEL D. MERCER           :
By and through SARAH MERCER BLACKMAN      :
49 Harvey Place                           :
Benson, NC 27504                          :
                                          :
and                                       :
                                          :
SARAH MERCER BLACKMAN                     :
49 Harvey Place                           :
Benson, NC 27504                          :
                                          :
and                                       :
                                          :
SAMUEL PALMER                             :
10710 Leonard Oak Road                    :
Morgantown, KY 42261                      :
                                          :
and                                       :
                                          :
ROBIN NICELY                              :
104 Iron Ore Lane                         :
Clifton Forge, VA 24422                   :
                                          :
and                                       :
                                          :
THE ESTATE OF JUAN RODRIGUEZ              :
By and through LOUISA PUNTONET            :
416 Campus Street                         :
Celebration, FL 34747                     :
                                          :
and                                       :
                                          :
LOUISA PUNTONET                           :
416 Campus Street                         :
Celebration, FL 34747                     :

:
and                                                          :
                                                             :
ROBERT RUCKER                                                :
379 Orchard Drive                                            :
Waynesville, NC 28786                                        :
                                                             :
and                                                          :
                                                             :
THE ESTATE OF BILLY SAN PEDRO                                :
By and through SILA SAN PEDRO                                :
374 West 12th Street                                    :
Hialeah, FL 33010                                            :
                                                             :
and                                                          :
                                                             :
CESAR SAN PEDRO                                              :
374 West 12th Street                                    :
Hialeah, FL 33010                                            :
                                                             :
and                                                          :
                                                             :
GUILLERMO SAN PEDRO                                          :
374 West 12th Street                                    :
Hialeah, FL 33010                                            :
                                                             :
and                                                          :
                                                             :
JAVIER SAN PEDRO                                             :
374 West 12th Street                                    :
Hialeah, FL 33010                                            :
                                                             :
and                                                          :
                                                             :
SILA SAN PEDRO                                               :
374 West 12th Street                                    :
Hialeah, FL 33010                                            :
                                                             :
and                                                          :
                                                             :
THURNELL SHIELDS                                             :
5618 Foxtail                                                 :
Wesley Chapel, FL 33543                                     :
                                                             :
and                                                          :
                                                             :

EMMANUEL SIMMONS                          :
319 Exmoor Drive                          :
Jacksonville, NC 28540                    :
                                          :
and                                       :
                                          :
THE ESTATE OF JAMES SURCH                 :
By and through PATTY BARNETT              :
4109 Federman Lane                        :
San Diego, CA 92130                       :
                                          :
and                                       :
                                          :
PATTY BARNETT                             :
4109 Federman Lane                        :
San Diego, CA 92130                       :
                                          :
and                                       :
                                          :
WILL SURCH                                :
21 Archilla                               :
Rancho Santa Margarita, CA 92688          :
                                          :
and                                       :
                                          :
BRADLEY ULICK                             :
P.O. Box 338                              :
Atkinson, IL 61235                        :
                                          :
and                                       :
                                          :
JEANETTE DOUGHERTY                        :
701 Fischer Road, Lot 13                  :
Creve Couer, IL 61610                     :
                                          :
and                                       :
                                          :
MARILYN PETERSON                          :
113 Buckeye                               :
Morton, IL 61550                          :
                                          :
and                                       :
                                          :
THE ESTATE OF ERIC WALKER                 :
By and through TENA WALKER-JONES          :
P.O. Box 4107                             :

Gary, IN 46404        :
              :
and            :
              :
TENA WALKER-JONES    :
P.O. Box 4107        :
Gary, IN 46404        :
              :
and            :
              :
RONALD E. WALKER     :
413 Pine Valley Road     :
Jacksonville, NC 28546    :
              :
and            :
              :
RONNIE WALKER      :
117 Eastfield Road      :
Newark, DE 19713      :
              :
and            :
              :
GALEN WEBER       :
1551 Halltown Road     :
Jacksonville, NC 28546    :
              :
and            :
              :
THE ESTATE OF OBRIAN WEEKES :
By and through IANTHE WEEKES :
345 Fenimore Street     :
Brooklyn, NY 11225     :
              :
and            :
              :
ANSON EDMOND      :
345 Fenimore Street     :
Brooklyn, NY 11225     :
              :
and            :
              :
ARNOLD EDMOND      :
345 Fenimore Street     :
Brooklyn, NY 11225     :
              :
and            :

```
                                                    :
HAZEL EDMOND                                         :
4143 NW 19th Street                                 :
Lauderhill, FL 33313                                :
                                                    :
and                                                 :
                                                    :
WENDY EDMOND                                         :
345 Fenimore Street                                 :
Brooklyn, NY 11225                                  :
                                                    :
and                                                 :
                                                    :
FAITH WEEKES                                         :
287 Clarkson Avenue, Apt. 4L                         :
Brooklyn, NY 11226                                  :
                                                    :
and                                                 :
                                                    :
IANTHE WEEKES                                        :
345 Fenimore Street                                 :
Brooklyn, NY 11225                                  :
                                                    :
and                                                 :
                                                    :
KEITH WEEKES                                         :
345 Fenimore Street                                 :
Brooklyn, NY 11225                                  :
                                                    :
and                                                 :
                                                    :
META WEEKES                                          :
623 Park Place, Apt. 3                               :
Brooklyn, NY 11231                                  :
                                                    :
and                                                 :
                                                    :
THE ESTATE OF DENNIS L. WEST                         :
By and through KATHY WEST                            :
171 Johnny Parker Road, Lot 5                        :
Jacksonville, NC 28540                              :
                                                    :
and                                                 :
                                                    :
KATHY WEST                                           :
171 Johnny Parker Road, Lot 5                        :
```

Jacksonville, NC 28540                          :
                                                :
and                                             :
                                                :
THE ESTATE OF JOHN WEYL                         :
By and through SHARON ROWAN                     :
107 Glencroft Road                              :
Hubert, NC 28539                                :
                                                :
and                                             :
                                                :
KELLY BACHLOR                                   :
629 West Main Street                            :
Newark, OH 43055                                :
                                                :
and                                             :
                                                :
ROBIN BROCK                                     :
102 Plumtree Lane                               :
Castle Hayne, NC 28429                          :
                                                :
and                                             :
                                                :
MORGAN W. ROWAN                                 :
107 Glencroft Road                              :
Hubert, NC 28539                                :
                                                :
and                                             :
                                                :
SHARON ROWAN                                    :
107 Glencroft Road                              :
Hubert, NC 28539                                :
                                                :
and                                             :
                                                :
NELSON WEYL                                     :
11456 132nd Avenue, North                       :
Largo, FL 33778                                 :
                                                :
and                                             :
                                                :
THE ESTATE OF JAMES SILVIA                      :
By and through LYNNE MICHOL SPENCER             :
111 Edmund Road                                 :
Jewett City, CT 06351                           :
                                                :

```
and                                       :
                                          :
LYNNE MICHOL SPENCER                       :
111 Edmund Road                           :
Jewett City, CT 06351                      :
                                          :
          Plaintiffs                       :
                                          :
     v.                                    :
                                          :
THE ISLAMIC REPUBLIC OF IRAN               :
Ministry of Foreign Affairs               :
Khomeini Avenue                           :
United Nations Street                     :
Tehran, Iran                              :
                                          :
and                                       :
                                          :
THE IRANIAN MINISTRY                       :
OF INFORMATION AND SECURITY               :
Pasdaran Avenue                           :
Golestan Tekom                            :
Tehran, Iran                              :
                                          :
          Defendants.          :
```

## AMENDED COMPLAINT

1.   Plaintiffs amend their Complaint as a matter of course pursuant to Fed. R. of Civ. P. 15(a)(1).  No responsive pleading has been served.

2.   Plaintiffs bring this action as a related action pursuant to the provisions of the newly enacted Defense Authorization Act for Fiscal Year 2008, Section 1083(c), Pub. L. No. 110-181, §1083, 122 Stat. 3, 338-344 (2008) and 28 U.S.C. § 1602, *et seq*.

3.   This action is brought by the Plaintiffs, by and through their counsel, in the individual capacity of each plaintiff and, as appropriate, in the capacity of each as personal representative of the estate more particularly described in the caption of this action for their own benefit, for the benefit of each particular estate, and for the benefit and on behalf of all those legally entitled to

assert a claim under the Foreign Sovereign Immunities Act 28 U.S.C. § 1605A(c), and state common law and statutory law. This Court exercises subject matter jurisdiction in accordance with the provisions of 28 U.S.C. §§ 1330(a), 1331, 1332(a)(2), and 1605A.

4.  The Court exercises *in personam* jurisdiction over the parties designated as Defendants in accordance with the provisions of 28 U.S.C. § 1602, *et seq*.

5.  Venue in this Court is proper in accordance with the provisions of 28 U.S.C. § 1391 (f)(4), which provides, in pertinent part, that a civil action against a foreign State may be brought in the United States District Court for the District of Columbia.

6.  The Plaintiffs in this action consist entirely of American Nationals who were members of the United States Marine Corps, United States Navy and United States Army, the estates of such persons, and their heirs at law and legatees of such persons, who suffered injuries or died as a result of injuries inflicted in the terrorist attack upon the headquarters building of the 24th Marine Amphibious Unit in Beirut, Lebanon on October 23, 1983 ("Marine Barracks Bombing"). Members of the United States Navy and United States Army were present at the site of the occurrence in support of the 24th Amphibious Unit, either on a regular assigned basis or temporarily, on the date of the occurrence below set forth.

## THE PARTIES

### A.   The Plaintiffs

### The Brown Family

7.  Plaintiff The Estate of Anthony Brown is represented in this action by and through Vara Brown.  Anthony Brown was, at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State

of Michigan.  The death of Anthony Brown was caused by a willful and deliberate act of extra judicial killing by the Defendants.

8.   Plaintiff Vara Brown at all times relevant hereto is and was the mother of Plaintiff Anthony Brown.  Plaintiff Vara Brown is a citizen of the United States of America who resides in the State of Michigan.  The murder of her son Anthony has caused Vara severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Vara Brown can sue and be sued in this Court.

9.   Plaintiff John Brown at all times relevant hereto is and was the legal father of Plaintiff Anthony Brown.  Plaintiff John Brown is a citizen of the United States of America who resides in the State of Michigan.  The murder of his son Anthony has caused John severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff John Brown can sue and be sued in this Court.

10. Plaintiff Sulba Brown at all times relevant hereto is and was the brother of Plaintiff Anthony Brown.  Plaintiff Sulba Brown is a citizen of the United States of America who resides in the State of Michigan.  The murder of his brother Anthony has caused Sulba severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Sulba Brown can sue and be sued in this Court.

11. Plaintiff Rowel Brown at all times relevant hereto is and was the brother of Plaintiff Anthony Brown.  Plaintiff Rowel Brown is a citizen of the United States of America who resides in the State of Michigan.  The murder of his brother Anthony has caused Rowel severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Rowel Brown can sue and be sued in this Court.

12. Plaintiff Marvine McBride at all times relevant hereto is and was the sister of Plaintiff Anthony Brown.  Plaintiff Marvine McBride is a citizen of the United States of America who resides in the State of Michigan.  The murder of her brother Anthony has caused Marvine severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Marvine McBride can sue and be sued in this Court.

13. Plaintiff LaJuana Smith at all times relevant hereto is and was the sister of Plaintiff Anthony Brown.  Plaintiff LaJuana Smith is a citizen of the United States of America who resides in the State of Michigan.  The murder of her brother Anthony has caused LaJuana severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff LaJuana Smith can sue and be sued in this Court.

### The Barile Family

14. Plaintiff Joseph A. Barile was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of North Carolina.  The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Joseph.

15. Plaintiff Angela E. Barile at all times relevant hereto is and was the mother of Plaintiff Joseph A. Barile.  Plaintiff Angela E. Barile is a citizen of the United States of America who resides in the State of Florida.  The injury of her son Joseph has caused Angela severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Angela E. Barile can sue and be sued in this Court.

16. Plaintiff Michael Barile at all times relevant hereto is and was the brother of Plaintiff Joseph A. Barile.  Plaintiff Michael Barile is a citizen of the United States of America who resides in the State of New Jersey.  The injury of his brother Joseph has caused Michael severe

mental anguish, pain, suffering and extreme emotional distress. Plaintiff Michael Barile can sue and be sued in this Court.

17. Plaintiff Andrea Ciarla at all times relevant hereto is and was the sister of Plaintiff Joseph A. Barile.  Plaintiff Andrea Ciarla is a citizen of the United States of America who resides in the State of Florida.  The injury of her brother Joseph has caused Andrea severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Andrea Ciarla can sue and be sued in this Court.

18. Plaintiff Ann Marie Moore at all times relevant hereto is and was the sister of Plaintiff Joseph A. Barile.  Plaintiff Ann Marie Moore is a citizen of the United States of America who resides in the State of Florida.  The injury of her brother Joseph has caused Ann Marie severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Ann Marie Moore can sue and be sued in this Court.

19. Plaintiff Angela Yoak at all times relevant hereto is and was the sister of Plaintiff Joseph A. Barile.  Plaintiff Angela Yoak is a citizen of the United States of America who resides in the State of California.  The injury of her brother Joseph has caused Angela severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Angela Yoak can sue and be sued in this Court.

**The Becker Family**

20. Plaintiff John Becker was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of Indiana.  The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to John.

**The Burns Family**

21. Plaintiff Rodney E. Burns was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of Missouri.  The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Rodney.

22. Plaintiff David Burns at all times relevant hereto is and was the brother of Plaintiff Rodney E. Burns.  Plaintiff David Burns is a citizen of the United States of America who resides in the State of Missouri.  The injury of his brother Rodney has caused David severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff David Burns can sue and be sued in this Court.

23. Plaintiff Eugene Burns at all times relevant hereto is and was the father of Plaintiff Rodney E. Burns.  Plaintiff Eugene Burns is a citizen of the United States of America who resides in the State of Missouri.  The injury of his son Rodney has caused Eugene severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Eugene Burns can sue and be sued in this Court.

24. Plaintiff Jeannie Scaggs at all times relevant hereto is and was the mother of Plaintiff Rodney E. Burns.  Plaintiff Jeannie Scaggs is a citizen of the United States of America who resides in the State of Missouri.  The injury of her son Rodney has caused Jeannie severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Jeannie Scaggs can sue and be sued in this Court.

**The Cuddeback Family**

25. Plaintiff Daniel Cuddeback, Jr. was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident

of the State of New York.  The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Daniel.

26. Plaintiff Barbara Cuddeback at all times relevant hereto is the mother of Plaintiff Daniel Cuddeback, Jr.  Plaintiff Barbara Cuddeback is a citizen of the United States of America who resides in the State of New York.  The injury of her son Daniel has caused Barbara severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Barbara Cuddeback can sue and be sued in this Court.

27. Plaintiff Daniel Cuddeback, Sr. at all times relevant hereto is the father of Plaintiff Daniel Cuddeback, Jr.  Plaintiff Daniel Cuddeback, Sr. is a citizen of the United States of America who resides in the State of New York.  The injury of his son Daniel, Jr. has caused Daniel, Sr. severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Daniel Cuddeback, Sr. can sue and be sued in this Court.

28. Plaintiff John R. Cuddeback at all times relevant hereto is the son of Plaintiff Daniel Cuddeback, Jr.  Plaintiff John R. Cuddeback is a citizen of the United States of America who resides in the State of New York.  The injury of his father Daniel has caused John severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff John R. Cuddeback can sue and be sued in this Court.

**The Dean Family**

29. Plaintiff Robert Dean was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of Arkansas.  The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Robert.

**The Episcopo Family**

30. Plaintiff Michael Episcopo was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of New York.   The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Michael.

### The Gaddo Family

31. Plaintiff Randy Gaddo was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of Georgia.   The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Randy.

32. Plaintiff Louise Gaddo Blattler at all times relevant hereto is the sister of injured marine Randy Gaddo.   Plaintiff Louise Gaddo Blattler is a citizen of the United States of America who resides in the State of Indiana.   The injury of her brother Randy has caused Louise severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Louise Gaddo Blattler can sue and be sued in this Court.

33. Plaintiff Peter Gaddo at all times relevant hereto is the brother of injured marine Randy Gaddo.   Plaintiff Peter Gaddo is a citizen of the United States of America who resides in the State of North Carolina.   The injury of his brother Randy has caused Peter severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Peter Gaddo can sue and be sued in this Court.

34. Plaintiff Timothy Gaddo at all times relevant hereto is the brother of injured marine Randy Gaddo.   Plaintiff Timothy Gaddo is a citizen of the United States of America who resides in the State of Minnesota.   The injury of his brother Randy has caused Timothy severe mental

anguish, pain, suffering and extreme emotional distress. Plaintiff Timothy Gaddo can sue and be sued in this Court.

### **The Gaines Family**

35. Plaintiff The Estate of William R. Gaines, Jr., is represented in this action by and through Michael A. Gaines.  William R. Gaines, Jr. was, at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State of Kentucky.  The death of William R. Gaines, Jr. was caused by a willful and deliberate act of extra judicial killing by the Defendants.

36. Plaintiff Evelyn Sue Spears Elliott at all times relevant hereto is and was the sister of Plaintiff William R. Gaines, Jr.  Plaintiff Evelyn Sue Spears Elliott is a citizen of the United States of America who resides in the State of Kentucky.  The murder of her brother William has caused Evelyn severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Evelyn Sue Spears Elliott can sue and be sued in this Court.

37. Plaintiff Michael A. Gaines at all times relevant hereto is and was the brother of Plaintiff William R. Gaines, Jr.  Plaintiff Michael A. Gaines is a citizen of the United States of America who resides in the State of Florida.  The murder of his brother William has caused Michael severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Michael A. Gaines can sue and be sued in this Court.

38. Plaintiff William R. Gaines, Sr. at all times relevant hereto is and was the father of Plaintiff William R. Gaines, Jr.  Plaintiff William R. Gaines, Sr. is a citizen of the United States of America who resides in the State of Florida.  The murder of his son William, Jr. has caused William, Sr. severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff William R. Gaines, Sr. can sue and be sued in this Court.

39. Plaintiff Carolyn Spears at all times relevant hereto is and was the mother of Plaintiff William R. Gaines, Jr.  Plaintiff Carolyn Spears is a citizen of the United States of America who resides in the State of Kentucky.  The murder of her son William has caused Carolyn severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Carolyn Spears can sue and be sued in this Court.

40. Plaintiff James S. Spears at all times relevant hereto is and was the brother of Plaintiff William R. Gaines, Jr.  Plaintiff James S. Spears is a citizen of the United States of America who resides in the State of Kentucky.  The murder of his brother William has caused James severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff James S. Spears can sue and be sued in this Court.

41. Plaintiff Mark Spears at all times relevant hereto is and was the brother of Plaintiff William R. Gaines, Jr.  Plaintiff Mark Spears is a citizen of the United States of America who resides in the State of Kentucky.  The murder of his brother William has caused Mark severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Mark Spears can sue and be sued in this Court.

42. Plaintiff Carol Weaver at all times relevant hereto is and was the wife of Plaintiff William R. Gaines, Jr.  Plaintiff Carol Weaver is a citizen of the United States of America who resides in the State of Tennessee.  The murder of her husband William has caused Carol severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Carol Weaver can sue and be sued in this Court.

**The Hamilton Family**

43. Plaintiff The Estate of Virgel D. Hamilton is represented in this action by and through Gloria Hamilton.  Virgel D. Hamilton was, at the time of the Marine Barracks Bombing and

throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State of Ohio.  The death of Virgel D. Hamilton was caused by a willful and deliberate act of extra judicial killing by the Defendants.

44. Plaintiff Gloria Hamilton at all times relevant hereto is and was the wife of Plaintiff Virgel D. Hamilton.  Plaintiff Gloria Hamilton is a citizen of the United States of America who resides in the State of Ohio.  The murder of her husband Virgel has caused Gloria severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Gloria Hamilton can sue and be sued in this Court.

### The Hastings Family (1)

45. Plaintiff Bruce S. Hastings at all times relevant hereto is the brother of deceased marine Michael Hastings whose estate is a plaintiff in the action *Estate of Stephen B. Bland, et al v. Islamic Republic of Iran, et al* and this action. Bruce S. Hastings is a citizen of the United States of America who resides in the State of Delaware.  The murder of his brother Michael has caused Bruce severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Bruce S. Hastings can sue and be sued in this Court.

### The Hodges Family

46. Plaintiff Maynard Hodges was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of Virginia.  The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Maynard.

47. Plaintiff Loretta Brown at all times relevant hereto is the sister of injured marine Maynard Hodges.  Plaintiff Loretta Brown is a citizen of the United States of America who resides in the State of Virginia.  The injury of her brother Maynard has caused Loretta severe

mental anguish, pain, suffering and extreme emotional distress. Plaintiff Loretta Brown can sue and be sued in this Court.

48. Plaintiff Kathy Hodges at all times relevant hereto is the wife of injured marine Maynard Hodges.  Plaintiff Kathy Hodges is a citizen of the United States of America who resides in the State of Virginia.  The injury of her husband Maynard has caused Kathy severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Kathy Hodges can sue and be sued in this Court.

49. Plaintiff Mary Jean Hodges at all times relevant hereto is the mother of injured marine Maynard Hodges.  Plaintiff Maynard Hodges is a citizen of the United States of America who resides in the State of Virginia.  The injury of her son Maynard has caused Mary Jean severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Mary Jean Hodges can sue and be sued in this Court.

50. Plaintiff Cindy Holmes at all times relevant hereto is the sister of injured marine Maynard Hodges.  Plaintiff Cindy Holmes is a citizen of the United States of America who resides in the State of North Carolina.  The injury of her brother Maynard has caused Cindy severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Cindy Holmes can sue and be sued in this Court.

51. Plaintiff Shana Saul at all times relevant hereto is the daughter of injured marine Maynard Hodges.  Plaintiff Shana Saul is a citizen of the United States of America who resides in the State of Virginia.  The injury of her father Maynard has caused Shana severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Shana Saul can sue and be sued in this Court.

**The Joy Family**

52. Plaintiff Daniel Joy was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of North Carolina.   The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Daniel.

### **The Kirkpatrick Family**

53. Plaintiff Sean Kirkpatrick at all times relevant hereto is the son of injured marine Brian Carl Kirkpatrick who is a plaintiff in another action. Sean Kirkpatrick is a citizen of the United States of America who resides in the State of Washington.   The injury of his father Brian has caused Sean severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Sean Kirkpatrick can sue and be sued in this Court.

### **The Kremer Family**

54. Plaintiff Daniel Kremer was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of New York.   The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Daniel.

55. Plaintiff The Estate of Christina Kremer is represented in the action by and through Joseph T. Kremer, Administrator of said estate. Christina Kremer at all times relevant hereto was the mother of injured marine Daniel Kremer.   The injury of her son Daniel caused Christine severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff The Estate of Christina Kremer can sue and be sued in this Court.

56. Plaintiff Joseph T. Kremer at all times relevant hereto is the brother of injured marine Daniel Kremer.   Plaintiff Joseph T. Kremer is a citizen of the United States of America who resides in the State of New York.   The injury of his brother Daniel has caused Joseph severe

mental anguish, pain, suffering and extreme emotional distress. Plaintiff Joseph Kremer can sue and be sued in this Court.

57. Plaintiff The Estate of Thomas Kremer is represented in the action by and through Joseph T. Kremer, Administrator of said estate. Thomas Kremer at all times relevant hereto was the father of injured marine Daniel Kremer.  The injury of his son Daniel caused Thomas severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff The Estate of Thomas Kremer can sue and be sued in this Court.

58. Plaintiff Jacqueline Stahrr at all times relevant hereto is the sister of injured marine Daniel Kremer.  Plaintiff Jacqueline Stahrr is a citizen of the United States of America who resides in the State of New York.  The injury of her brother Daniel has caused Jacqueline severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Jacqueline Stahrr can sue and be sued in this Court.

### The Lewis Family

59. Plaintiff The Estate of David A. Lewis is represented in this action by and through Betty Lewis.  David A. Lewis was, at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State of Ohio.  The death of David A. Lewis was caused by a willful and deliberate act of extra judicial killing by the Defendants.

60. Plaintiff Betty Lewis at all times relevant hereto is and was the mother of Plaintiff David A. Lewis.  Plaintiff Betty Lewis is a citizen of the United States of America who resides in the State of Ohio.  The murder of her son David has caused Betty severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Betty Lewis can sue and be sued in this Court.

61. Plaintiff Jerry L. Lewis at all times relevant hereto is and was the brother of Plaintiff David A. Lewis.  Plaintiff Jerry L. Lewis is a citizen of the United States of America who resides in the State of Ohio.  The murder of his brother David has caused Jerry severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Jerry L. Lewis can sue and be sued in this Court.

62. Plaintiff Scott M. Lewis at all times relevant hereto is and was the brother of Plaintiff David A. Lewis.  Plaintiff Scott M. Lewis is a citizen of the United States of America who resides in the State of Ohio.  The murder of his brother David has caused Scott severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Scott M. Lewis can sue and be sued in this Court.

### The Martinez Family

63. Plaintiff Paul Martinez, Sr. was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of Michigan.  The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Paul.

64. Plaintiff Teresa Gunther at all times relevant hereto is the sister of injured marine Paul Martinez, Sr.  Plaintiff Teresa Gunther is a citizen of the United States of America who resides in the State of Michigan.  The injury of her brother Paul has caused Teresa severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Teresa Gunther can sue and be sued in this Court.

65. Plaintiff Alphonso Martinez at all times relevant hereto is the brother of injured marine Paul Martinez, Sr.  Plaintiff Alphonso Martinez is a citizen of the United States of America who resides in the State of Michigan.  The injury of his brother Paul has caused

Alphonso severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Alphonso Martinez can sue and be sued in this Court.

66. Plaintiff Daniel L. Martinez at all times relevant hereto is the brother of injured marine Paul Martinez, Sr.  Plaintiff Daniel L. Martinez is a citizen of the United States of America who resides in the State of Michigan.  The injury of his brother Paul has caused Daniel severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Daniel L. Martinez can sue and be sued in this Court.

67. Plaintiff Michael Martinez at all times relevant hereto is the brother of injured marine Paul Martinez, Sr.  Plaintiff Michael Martinez is a citizen of the United States of America who resides in the State of Michigan.  The injury of his brother Paul has caused Michael severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Michael Martinez can sue and be sued in this Court.

68. Plaintiff Paul Martinez, Jr. at all times relevant hereto is the son of injured marine Paul Martinez, Sr.  Plaintiff Paul Martinez, Jr. is a citizen of the United States of America who resides in the State of Michigan.  The injury of his father Paul, Sr. has caused Paul, Jr. severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Paul Martinez, Jr. can sue and be sued in this Court.

69. Plaintiff Tomasita L. Martinez at all times relevant hereto is the mother of injured marine Paul Martinez, Sr.  Plaintiff Tomasita L. Martinez is a citizen of the United States of America who resides in the State of Michigan.  The injury of her son Paul has caused Tomasita severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Tomasita L. Martinez can sue and be sued in this Court.

70. Plaintiff Esther Martinez Parks at all times relevant hereto is the sister of injured marine Paul Martinez, Sr.  Plaintiff Esther Martinez Parks is a citizen of the United States of America who resides in the State of Michigan.  The injury of her brother Paul has caused Esther severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Esther Martinez Parks can sue and be sued in this Court.

71. Plaintiff Susanne Yeoman at all times relevant hereto is the sister of injured marine Paul Martinez, Sr.  Plaintiff Susanne Yeoman is a citizen of the United States of America who resides in the State of Michigan.  The injury of her brother Paul has caused Susanne severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Susanne Yeoman can sue and be sued in this Court.

### The Opatovsky Family

72. Plaintiff John Opatovsky was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of New York.  The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to John.

### The Owen Family

73. Plaintiff The Estate of Jeffrey B. Owen is represented in this action by and through Steven Owen, Administrator of said Estate.  Jeffrey B. Owen was, at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State of Virginia.  The death of Jeffrey B. Owen was caused by a willful and deliberate act of extra judicial killing by the Defendants.

74. Plaintiff Jean G. Owen at all times relevant hereto is and was the mother of Plaintiff Jeffrey B. Owen.  Plaintiff Jean G. Owen is a citizen of the United States of America who resides

in the State of Virginia.  The murder of her son Jeffrey has caused Jean severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Jean G. Owen can sue and be sued in this Court.

75. Plaintiff Steven Owen at all times relevant hereto is and was the brother of Plaintiff Jeffrey B. Owen and the Administrator of the Estate of Jeffrey B. Owen.  Plaintiff Steven Owen is a citizen of the United States of America who resides in the State of Virginia.  The murder of his brother Jeffrey has caused Steven severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Steven Owen can sue and be sued in this Court.

**The Page Family**

76. Plaintiff The Estate of Michael L. Page is represented in this action by and through Mary Beth Page. Michael L. Page was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of Ohio.  The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Michael.

77. Plaintiff Albert Page at all times relevant hereto is the father of injured marine Michael L. Page.  Plaintiff Albert Page is a citizen of the United States of America who resides in the State of Ohio.  The injury of his son Michael has caused Albert severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Albert Page can sue and be sued in this Court.

78. Plaintiff Janet Page at all times relevant hereto is the mother of injured marine Michael L. Page.  Plaintiff Janet Page is a citizen of the United States of America who resides in the State of Ohio.  The injury of her son Michael has caused Janet severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Janet Page can sue and be sued in this Court.

79. Plaintiff Joyce Clifford at all times relevant hereto is the sister of injured marine Michael L. Page.  Plaintiff Joyce Clifford is a citizen of the United States of America who resides in the State of Ohio.  The injury of her brother Michael has caused Joyce severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Joyce Clifford can sue and be sued in this Court.

**The Penosky Family**

80. Plaintiff David Penosky was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of North Carolina.  The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to David.

81. Plaintiff Joseph Penosky at all times relevant hereto is the brother of injured marine David Penosky.  Plaintiff Joseph Penosky is a citizen of the United States of America who resides in the State of Texas.  The injury of his brother David has caused Joseph severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Joseph Penosky can sue and be sued in this Court.

**The Rauch Family**

82. Plaintiff Christian R. Rauch was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of New York.  The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Christian.

**The Tice Family**

83. Plaintiff Leonard Paul Tice was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident

of the State of West Virginia.  The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Leonard.

### **The Wherland Family**

84. Plaintiff The Estate of Burton Wherland is represented in this action by and through Sarah Wherland.  Burton Wherland was, at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State of Missouri.  The death of Burton Wherland was caused by a willful and deliberate act of extra judicial killing by the Defendants.

85. Plaintiff Gregory Wherland at all times relevant hereto is and was the brother of Plaintiff Burton Wherland.  Plaintiff Gregory Wherland is a citizen of the United States of America who resides in the State of California.  The murder of his brother Burton has caused Gregory severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Gregory Wherland can sue and be sued in this Court.

86. Plaintiff Kimmy Wherland at all times relevant hereto is and was the brother of Plaintiff Burton Wherland.  Plaintiff Kimmy Wherland is a citizen of the United States of America who resides in the State of California.  The murder of his brother Burton has caused Kimmy severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Kimmy Wherland can sue and be sued in this Court.

87. Plaintiff Sarah Wherland at all times relevant hereto is and was the daughter of Plaintiff Burton Wherland.  Plaintiff Sarah Wherland is a citizen of the United States of America who resides in the State of Missouri.  The murder of her father Burton has caused Sarah severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Sarah Wherland can sue and be sued in this Court.

**The West Family**

88. Plaintiff Sharon Davis at all times relevant hereto is the sister of deceased marine Dennis Lloyd West whose estate is a plaintiff in the action *Estate of Stephen B. Bland, et al v. Islamic Republic of Iran, et al* and this action. Plaintiff Sharon Davis is a citizen of the United States of America who resides in the State of Ohio.  The murder of her brother Dennis has caused Sharon severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Sharon David can sue and be sued in this Court.

89. Plaintiff Charles F. West at all times relevant hereto is the father of deceased marine Dennis Lloyd West whose estate is a plaintiff in the action *Estate of Stephen B. Bland, et al v. Islamic Republic of Iran, et al* and this action. Plaintiff Charles F. West is a citizen of the United States of America who resides in the State of Ohio.  The murder of his son Dennis has caused Charles severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Charles F. West can sue and be sued in this Court.

90. Plaintiff Charles H. West at all times relevant hereto is the brother of deceased marine Dennis Lloyd West whose estate is a plaintiff in the action *Estate of Stephen B. Bland, et al v. Islamic Republic of Iran, et al* and this action. Charles H. West is a citizen of the United States of America who resides in the State of West Virginia.  The murder of his brother Dennis has caused Charles severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Charles H. West can sue and be sued in this Court.

91. Plaintiff Rick West at all times relevant hereto is the brother of deceased marine Dennis Lloyd West whose estate is a plaintiff in the action *Estate of Stephen B. Bland, et al v. Islamic Republic of Iran, et al* and this action. Rick West is a citizen of the United States of America who resides in the State of South Carolina.  The murder of his brother Dennis has

caused Rick severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Rick West can sue and be sued in this Court.

### The Anderson Family

92. Plaintiff Alan C. Anderson was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of West Virginia.  The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Alan.

93. Plaintiff Thelma Anderson at all times relevant hereto is the mother of injured marine Alan C. Anderson.  Plaintiff Thelma Anderson is a citizen of the United States of America who resides in the State of West Virginia.  The injury of her son Alan has caused Thelma severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Thelma Anderson can sue and be sued in this Court.

94. Plaintiff Michael Anderson at all times relevant hereto is the brother of injured marine Alan C. Anderson.  Plaintiff Michael Anderson is a citizen of the United States of America who resides in the State of West Virginia.  The injury of his brother Alan has caused Michael severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Michael Anderson can sue and be sued in this Court.

### The Bland Family

95. Plaintiff The Estate of Stephen B. Bland is represented in this action by and through Ruth Ann Bland, Administrator of said Estate.  Stephen B. Bland was, at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State of Mississippi.  The death of Stephen B. Bland was caused by a willful and deliberate act of extra judicial killing by the Defendants.

96. Plaintiff The Estate of Frank Bland is represented in the action by and through James Bland, Administrator of said estate. Frank Bland at all times relevant hereto was the brother of deceased marine Stephen B. Bland.  The murder oh his brother Stephen caused Frank severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff The Estate of Frank Bland can sue and be sued in this Court.

97. Plaintiff Ruth Ann Bland at all times relevant hereto is and was the wife of Plaintiff Stephen B. Bland and the Administrator of the Estate of Stephen B. Bland.  Plaintiff Ruth Ann Bland is a citizen of the United States of America who resides in the State of South Carolina. The murder of her husband Stephen has caused Ruth Ann severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Ruth Ann Bland can sue and be sued in this Court.

98. Plaintiff James Bland at all times relevant hereto is and was the brother of Plaintiff Stephen B. Bland.  Plaintiff James Bland is a citizen of the United States of America who resides in the State of Texas.   The murder of his brother Stephen has caused James severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff James Bland can sue and be sued in this Court.

99. Plaintiff The Estate of Laura V. Copeland is represented in the action by and through Steve Copeland, Administrator of said estate. Laura V. Copeland at all times relevant hereto was the sister of deceased marine Stephen B. Bland.  The murder of her brother Stephen caused Laura severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff The Estate of Laura V. Copeland can sue and be sued in this Court.

**The Decker Family**

100.     Plaintiff The Estate of Sidney Decker is represented in this action by and through Ida and Dudley Decker.  Sidney Decker was, at the time of the Marine Barracks

Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State of Kentucky. The death of Sidney Decker was caused by a willful and deliberate act of extra judicial killing by the Defendants.

101. Plaintiff Dudley Decker at all times relevant hereto is and was the father of Plaintiff Sidney Decker. Plaintiff Dudley Decker is a citizen of the United States of America who resides in the State of Kentucky. The murder of his son Sidney has caused Dudley severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Dudley Decker can sue and be sued in this Court.

102. Plaintiff Ida Decker at all times relevant hereto is and was the mother of Plaintiff Sidney Decker. Plaintiff Ida Decker is a citizen of the United States of America who resides in the State of Kentucky. The murder of her son Sidney has caused Ida severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Ida Decker can sue and be sued in this Court.

103. Plaintiff Johnnie Decker at all times relevant hereto is and was the brother of Plaintiff Sidney Decker. Plaintiff Johnnie Decker is a citizen of the United States of America who resides in the State of Kentucky. The murder of his brother Sidney has caused Johnnie severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Johnnie Decker can sue and be sued in this Court.

104. Plaintiff Carolyn Mudd at all times relevant hereto is and was the sister of Plaintiff Sidney Decker. Plaintiff Carolyn Mudd is a citizen of the United States of America who resides in the State of Kentucky. The murder of her brother Sidney has caused Carolyn severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Carolyn Mudd can sue and be sued in this Court.

**The Duplanty Family**

105.     Plaintiff Ronald L. Duplanty was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of Texas.  The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Ronald.

**The Estler Family**

106.     Plaintiff The Estate of Sean F. Estleris represented in this action by and through Louis C. Estler and Mary Ellen Estler, Administrators of said Estate.  Sean F. Estler was, at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State of New jJrsey.  The death of Sean F. Estler was caused by a willful and deliberate act of extra judicial killing by the Defendants.

107.     Plaintiff Keith Estler at all times relevant hereto is and was the brother of Plaintiff Sean F. Estler.  Plaintiff Keith Estler is a citizen of the United States of America who resides in the State of New Jersey.  The murder of his brother Sean has caused Keith severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Keith Estler can sue and be sued in this Court.

108.     Plaintiff Louis Estler at all times relevant hereto is and was the father of Plaintiff Sean F. Estler and Co-Administrator of the Estate of Sean F. Estler.  Plaintiff Louis Estler is a citizen of the United States of America who resides in the State of New Jersey.  The murder of his son Sean has caused Louis severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Louis Estler can sue and be sued in this Court.

109.     Plaintiff Mary Ellen Estler at all times relevant hereto is and was the mother of Plaintiff Sean F. Estler and Co-Administrator of the Estate of Sean F. Estler.  Plaintiff Mary

Ellen Estler is a citizen of the United States of America who resides in the State of New Jersey. The murder of her son Sean has caused Mary Ellen severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Mary Ellen Estler can sue and be sued in this Court.

### The Fuller Family

110.     Plaintiff The Estate of Benjamin E. Fuller is represented in this action by and through David Allen, Administrator of said Estate.  Benjamin E. Fuller was, at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State of Georgia.  The death of Benjamin E. Fuller was caused by a willful and deliberate act of extra judicial killing by the Defendants.

111.     Plaintiff Elaine Allen at all times relevant hereto is and was the sister of Plaintiff Benjamin E. Fuller.  Plaintiff Elaine Allen is a citizen of the United States of America who resides in the State of Georgia.  The murder of her brother Benjamin has caused Elaine severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Elaine Allen can sue and be sued in this Court.

112.     Plaintiff Ernest C. Fuller at all times relevant hereto is and was the father of Plaintiff Benjamin E. Fuller.  Plaintiff Ernest C. Fuller is a citizen of the United States of America who resides in the State of Georgia.  The murder of his son Benjamin has caused Ernest severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Ernest C. Fuller can sue and be sued in this Court.

### The Gibson Family

113.     Plaintiff John Gibson was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident

of the State of Florida.  The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to John.

114.    Plaintiff Holly Gibson at all times relevant hereto is the wife of injured marine John Gibson.  Plaintiff Holly Gibson is a citizen of the United States of America who resides in the State of Florida.  The injury of her husband John has caused Holly severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Holly Gibson can sue and be sued in this Court.

115.    Plaintiff Maurice Gibson at all times relevant hereto is the brother of injured marine John Gibson.  Plaintiff Maurice Gibson is a citizen of the United States of America who resides in the State of Missouri.  The injury of his brother John has caused Maurice severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Maurice Gibson can sue and be sued in this Court.

### The Hastings Family (2)

116.    Plaintiff The Estate of Michael Hastings is represented in this action by and through Joyce Hastings, Administrator of said Estate.  Michael Hastings was, at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State of Delaware.  The death of Michael Hastings was caused by a willful and deliberate act of extra judicial killing by the Defendants.

117.    Plaintiff Joyce Hastings at all times relevant hereto is and was the mother of Plaintiff Joyce Hastings and Administrator of the Estate of Michael Hastings.  Plaintiff Joyce Hastings is a citizen of the United States of America who resides in the State of Delaware.  The murder of her son Michael has caused Joyce severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Joyce Hastings can sue and be sued in this Court.

**The Hein Family**

118.     Plaintiff The Estate of Paul Hein is represented in this action by and through Jo Ann Hein, Administrator of said Estate.  Paul Hein was, at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State of Indiana.  The death of Paul Hein was caused by a willful and deliberate act of extra judicial killing by the Defendants.

119.     Plaintiff Christopher Hein at all times relevant hereto is and was the son of Plaintiff Paul Hein.  Plaintiff Christopher Hein is a citizen of the United States of America who resides in the State of Illinois.  The murder of his father Paul has caused Christopher severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Christopher Hein can sue and be sued in this Court.

120.     Plaintiff Jo Ann Hein at all times relevant hereto is and was the wife of Plaintiff Paul Hein and Administrator of the Estate of Paul Hein.  Plaintiff Jo Ann Hein is a citizen of the United States of America who resides in the State of Illinois.  The murder of her husband Paul has caused Jo Ann severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Jo Ann Hein can sue and be sued in this Court.

121.     Plaintiff Karen Hein at all times relevant hereto is and was the daughter of Plaintiff Paul Hein.  Plaintiff Karen Hein is a citizen of the United States of America who resides in the State of Illinois.  The murder of her father Paul has caused Karen severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Karen Hein can sue and be sued in this Court.

122.     Plaintiff Victor J. Hein at all times relevant hereto is and was the son of Plaintiff Paul Hein.  Plaintiff Victor J. Hein is a citizen of the United States of America who resides in the

State of Illinois.  The murder of his father Paul has caused Victor severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Victor Hein can sue and be sued in this Court.

123.      Plaintiff Jacqueline M. Kunysz at all times relevant hereto is and was the sister of Plaintiff Paul Hein.   Plaintiff Jacqueline M. Kunysz is a citizen of the United States of America who resides in the State of Illinois.   The murder of her brother Paul has caused Jacqueline severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Jacqueline M. Kunysz can sue and be sued in this Court.

**The Hendrickson Family**

124.      Plaintiff The Estate of John Hendrickson, Sr. is represented in this action by and through Deborah Ryan, Administrator of said Estate.   John Hendrickson, Jr. was, at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State of North Carolina.   The death of John Hendrickson, Sr. was caused by a willful and deliberate act of extra judicial killing by the Defendants.

125.      Plaintiff John Hendrickson, Jr. at all times relevant hereto is and was the son of Plaintiff John Hendrickson, Sr.  Plaintiff John Hendrickson, Jr. is a citizen of the United States of America who resides in the State of North Carolina.   The murder of his father John, Sr. has caused John, Jr. severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff John Hendrickson, Jr. can sue and be sued in this Court.

126.      Plaintiff Tyson Hendrickson at all times relevant hereto is and was the son of Plaintiff John Hendrickson, Sr.  Plaintiff Tyson Hendrickson is a citizen of the United States of America who resides in the State of North Carolina.   The murder of his father John, Sr. has

caused Tyson severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Tyson Hendrickson can sue and be sued in this Court.

127.     Plaintiff Deborah Ryan at all times relevant hereto is and was the wife of Plaintiff John Hendrickson, Sr. and the Administrator of the Estate of John Hendrickson, Sr. Plaintiff Deborah Ryan is a citizen of the United States of America who resides in the State of North Carolina.   The murder of her husband John, Sr. has caused Deborah severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Deborah Ryan can sue and be sued in this Court.

### The Hollingshead Family

128.     Plaintiff The Estate of Bruce Hollingshead is represented in this action by and through Melinda Hollingshead, Administrator of said Estate.   Bruce Hollingshead was, at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State of Ohio.   The death of Bruce Hollingshead was caused by a willful and deliberate act of extra judicial killing by the Defendants.

129.     Plaintiff Melinda Hollingshead at all times relevant hereto is and was the wife of Plaintiff Bruce Hollingshead and the Administrator of the Estate of Bruce Hollingshead. Plaintiff Melinda Hollingshead is a citizen of the United States of America who resides in the State of Ohio.   The murder of her husband Bruce has caused Melinda severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Melinda Hollingshead can sue and be sued in this Court.

### The Manley Family

130.     Plaintiff Renard Manley was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of Florida.  The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Renard.

### The Massman Family

131.     Plaintiff The Estate of Michael R. Massman is represented in this action by and through Lydia Massman, Administrator of said Estate.  Michael R. Massman was, at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State of Michigan.  The death of Michael R. Massman was caused by a willful and deliberate act of extra judicial killing by the Defendants.

132.     Plaintiff Nicole Gomez at all times relevant hereto is and was the daughter of Plaintiff Michael R. Massman.  Plaintiff Nicole Gomez is a citizen of the United States of America who resides in the State of California.  The murder of her father Michael has caused Nicole severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Nicole Gomez can sue and be sued in this Court.

133.     Plaintiff Angela Massman at all times relevant hereto is and was the daughter of Plaintiff Michael R. Massman.  Plaintiff Angela Massman is a citizen of the United States of America who resides in the State of California.  The murder of her father Michael has caused Angela severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Angela Massman can sue and be sued in this Court.

134.     Plaintiff Kristopher Massman at all times relevant hereto is and was the son of Plaintiff Michael R. Massman.  Plaintiff Kristopher Massman is a citizen of the United States of America who resides in the State of California.  The murder of his father Michael has caused

Kristopher severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Kristopher Massman can sue and be sued in this Court.

135.     Plaintiff Lydia Massman at all times relevant hereto is and was the wife of Plaintiff Michael R. Massman and the Administrator of the Estate of Michael Massman. Plaintiff Lydia Massman is a citizen of the United States of America who resides in the State of California.  The murder of her husband Michael has caused Lydia severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Lydia Massman can sue and be sued in this Court.

136.     Plaintiff Patricia Lou Smith at all times relevant hereto is and was the mother of Plaintiff Michael R. Massman.  Plaintiff Patricia Lou Smith is a citizen of the United States of America who resides in the State of Michigan.  The murder of her son Michael has caused Patricia severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Patricia Lou Smith can sue and be sued in this Court.

### The Melendez Family

137.     Plaintiff The Estate of Louis Melendez is represented in this action by and through Zaida Melendez, Administrator of said Estate.  Louis Melendez was, at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of Puerto Riceo.  The death of Louis Melendez was caused by a willful and deliberate act of extra judicial killing by the Defendants.

138.     Plaintiff Zaida Melendez at all times relevant hereto is and was the mother of Plaintiff Louis Melendez and Administrator of the Estate of Louis Melendez.  Plaintiff Zaida Melendez is a citizen of the United States of America who resides in the Puerto Rico.  The

murder of her son Louis has caused Zaida severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Zaida Melendez can sue and be sued in this Court.

139.     Plaintiff Douglas J. Melendez at all times relevant hereto is and was the brother of Plaintiff Louis Melendez.  Plaintiff Douglas J. Melendez is a citizen of the United States of America who resides in the Puerto Rico.  The murder of his brother Louis has caused Douglas severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Douglas J. Melendez can sue and be sued in this Court.

140.     Plaintiff Johnny Melendez, Sr. at all times relevant hereto is and was the father of Plaintiff Louis Melendez.  Plaintiff Johnny Melendez, Sr. is a citizen of the United States of America who resides in the Puerto Rico.  The murder of his son Louis has caused Johnny Sr. severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Johnny Melendez, Sr. can sue and be sued in this Court.

141.     Plaintiff Johnny Melendez, Jr. at all times relevant hereto is and was the brother of Plaintiff Louis Melendez.  Plaintiff Johnny Melendez, Jr. is a citizen of the United States of America who resides in the Puerto Rico.  The murder of his brother Louis has caused Johnny Jr. severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Johnny Melendez, Jr. can sue and be sued in this Court.

**The Mercer Family**

142.     Plaintiff The Estate of Michael Mercer is represented in this action by and through Sarah Mercer Blackman, Administrator of said Estate.  Michael Mercer was, at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State of North Carolina.  The death of Michael Mercer was caused by a willful and deliberate act of extra judicial killing by the Defendants.

143.     Plaintiff Sarah Mercer Blackman at all times relevant hereto is and was the daughter of Plaintiff Michael Mercer and Administrator of the Estate of Michael Mercer. Plaintiff Sarah Mercer Blackman is a citizen of the United States of America who resides in the North Carolina.  The murder of her father Michael has caused Sarah severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Sarah Mercer Blackman can sue and be sued in this Court.

### The Palmer Family

144.     Plaintiff Samuel Palmer was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of Kentucky.  The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Samuel.

145.     Plaintiff Robin Nicely at all times relevant hereto is the sister of injured marine Samuel Palmer.  Plaintiff Samuel Palmer is a citizen of the United States of America who resides in the State of Virginia.   The injury of her brother Samuel has caused Robin severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Robin Nicely can sue and be sued in this Court.

### The Rodriguez Family

146.     Plaintiff The Estate of Juan C. Rodriguez is represented in this action by and through Louisa Puntonet, Administrator of said Estate.  Juan C. Rodriguez was, at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State of Florida.  The death of Juan C. Rodriguez was caused by a willful and deliberate act of extra judicial killing by the Defendants.

147.     Plaintiff Louisa Punonet at all times relevant hereto was the wife of Plaintiff Juan C. Rodriguez and Administrator of the Estate of Juan C. Rodriguez. Plaintiff Louisa Puntonet is a citizen of the United States of America who resides in the Florida. The murder of her husband Juan has caused Louisa severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Louisa Puntonet can sue and be sued in this Court.

**The Rucker Family**

148.     Plaintiff Robert Rucker was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of North Carolina. The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Robert.

**The San Pedro Family**

149.     Plaintiff The Estate of Billy San Pedro is represented in this action by and though Sila San Pedro, Administrator of said Estate. Bill San Pedro was, at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State of Florida. The death of Billy San Pedro was caused by a willful and deliberate act of extra judicial killing by the Defendants.

150.     Plaintiff Cesar San Pedro at all times relevant hereto was the brother of Plaintiff Billy San Pedro. Plaintiff Cesar San Pedro is a citizen of the United States of America who resides in the Florida. The murder of his brother Billy has caused Cesar severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Cesar San Pedro can sue and be sued in this Court.

151.     Plaintiff Sila San Pedro at all times relevant hereto was the mother of Plaintiff Sila San Pedro and Administrator of the Estate of Billy San Pedro. Plaintiff Sila San Pedro is a

citizen of the United States of America who resides in the Florida.  The murder of her son Billy has caused Sila severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Sila San Pedro can sue and be sued in this Court.

152.     Plaintiff Guillermo San Pedro at all times relevant hereto was the father of Plaintiff Billy San Pedro.  Plaintiff Guillermo San Pedro is a citizen of the United States of America who resides in the Florida.  The murder of his son Billy has caused Guillermo severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Guillermo San Pedro can sue and be sued in this Court.

153.     Plaintiff Javier San Pedro at all times relevant hereto was the brother of Plaintiff Billy San Pedro.  Plaintiff Javier San Pedro is a citizen of the United States of America who resides in the Florida.  The murder of his brother Billy has caused Javier severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Javier San Pedro can sue and be sued in this Court.

### The Shields Family

154.     Plaintiff Thurnell Shields was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of Florida.  The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Thurnell.

### The Simmons Family

155.     Plaintiff Emmanuel Simmons was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of North Carolina.  The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Emmanuel.

**The Surch Family**

156.     Plaintiff The Estate of James Surch is represented in this action by and through Patty Barnett, Administrator of said Estate.  James Surch was, at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State of California.  The death of James Surch was caused by a willful and deliberate act of extra judicial killing by the Defendants.

157.     Plaintiff Patty Parnett at all times relevant hereto was the sister of Plaintiff James Surch and Administrator of the Estate of James Surch.  Plaintiff Patty Barnett is a citizen of the United States of America who resides in the California.  The murder of her brother James has caused Patty severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Patty Barnett can sue and be sued in this Court.

158.     Plaintiff Will Surch at all times relevant hereto was the brother of Plaintiff James Surch.  Plaintiff Will Surch is a citizen of the United States of America who resides in the California.   The murder of his brother James has caused Will severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Will Surch can sue and be sued in this Court.

**The Ulick Family**

159.     Plaintiff Bradley Ulick was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of Illinois.  The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Bradley.

160.     Plaintiff Jeanette Dougherty at all times relevant hereto is the sister of injured marine Bradley Ulick.  Plaintiff Jeanette Dougherty is a citizen of the United States of America who resides in the State of Illinois.  The injury of her brother Bradley has caused Jeanette severe

mental anguish, pain, suffering and extreme emotional distress. Plaintiff Jeanette Dougherty can sue and be sued in this Court.

161.     Plaintiff Marilyn Peterson at all times relevant hereto is the mother of injured marine Bradley Ulick.  Plaintiff Marilyn Peterson is a citizen of the United States of America who resides in the State of Illinois.  The injury of her son Bradley has caused Marilyn severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Marilyn Peterson can sue and be sued in this Court.

### The Walker Family

162.     Plaintiff The Estate of Eric Walker is represented in this action by and through Tena Walker-Jones, Administrator of said Estate.  Eric Walker was, at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State of Illinois.  The death of Eric Walker was caused by a willful and deliberate act of extra judicial killing by the Defendants.

163.     Plaintiff Tena Walker-Jones at all times relevant hereto was the sister of Plaintiff Eric Walker and Administrator of the Estate of Eric Walker.  Plaintiff Tena Walker-Jones is a citizen of the United States of America who resides in the Indiana.  The murder of her brother Eric has caused Tena severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Tena Walker-Jones can sue and be sued in this Court.

### The Walker Family (2)

164.     Plaintiff Ronald E. Walker was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of North Carolina.  The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Ronald E.

165.     Plaintiff Ronnie Walker at all times relevant hereto is the son of injured marine Ronald E. Walker.  Plaintiff Ronnie Walker is a citizen of the United States of America who resides in the State of Delaware.  The injury of his father Ronald E. has caused Ronnie severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Ronnie Walker can sue and be sued in this Court.

### The Weber Family

166.     Plaintiff Galen Weber was at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his injury, a citizen and resident of the State of North Carolina.  The willful and wrongful and intentional acts of the Defendants caused extreme mental anguish, physical injury and pain and suffering to Galen.

### The Weekes Family

167.     Plaintiff The Estate of Obrian Weekes is represented in this action by and through Ianthe Weekes.  Obrian Weekes was, at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State of New York.  The death of Obrian Weeks was caused by a willful and deliberate act of extra judicial killing by the Defendants.

168.     Plaintiff Anson Edmond at all times relevant hereto was the brother of Plaintiff Obrian Weekes.  Plaintiff Anson Edmond is a citizen of the United States of America who resides in the New York.  The murder of his brother Obrian has caused Anson severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Anson Edmond can sue and be sued in this Court.

169.     Plaintiff Arnold Edmond at all times relevant hereto was the brother of Plaintiff Obrian Weekes.  Plaintiff Arnold Edmond is a citizen of the United States of America who

resides in Barbados.  The murder of his brother Obrian has caused Arnold severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Arnold Edmond can sue and be sued in this Court.

170.     Plaintiff Hazel Edmond at all times relevant hereto was the sister of Plaintiff Obrian Weekes.  Plaintiff Hazel Edmond is a citizen of the United States of America who resides in the Florida.  The murder of her brother Obrian has caused Hazel severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Hazel Edmond can sue and be sued in this Court.

171.     Plaintiff Wendy Edmond at all times relevant hereto was the sister of Plaintiff Obrian Weekes.  Plaintiff Hazel Edmond is a citizen of the United States of America who resides in the New York.  The murder of her brother Obrian has caused Hazel severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Hazel Edmond can sue and be sued in this Court.

172.     Plaintiff Faith Weekes at all times relevant hereto was the sister of Plaintiff Obrian Weekes.  Plaintiff Faith Weekes is a citizen of the United States of America who resides in the New York.  The murder of her brother Obrian has caused Faith severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Faith Weekes can sue and be sued in this Court.

173.     Plaintiff Ianthe Weekes at all times relevant hereto was the mother of Plaintiff Obrian Weekes.  Plaintiff Ianthe Weekes is a citizen of the United States of America who resides in the New York.  The murder of her son Obrian has caused Ianthe severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Ianthe Weekes can sue and be sued in this Court.

174.     Plaintiff Keith Weekes at all times relevant hereto was the brother of Plaintiff Obrian Weekes.  Plaintiff Keith Weekes is a citizen of the United States of America who resides in the New York.  The murder of his brother Obrian has caused Keith severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Keith Weekes can sue and be sued in this Court.

175.     Plaintiff Meta Weekes at all times relevant hereto was the sister of Plaintiff Meta Weekes.  Plaintiff Meta Weekes is a citizen of the United States of America who resides in the New York.  The murder of her brother Obrian has caused Meta severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Meta Weekes can sue and be sued in this Court.

### The West Family (2)

176.     Plaintiff The Estate of Dennis L. West is represented in this action by and through Kathy West, Administrator of said Estate.  Dennis L. West was, at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State of Ohio.  The death of Dennis L. West was caused by a willful and deliberate act of extra judicial killing by the Defendants.

177.     Plaintiff Kathy West at all times relevant hereto was the wife of Plaintiff Dennis L. West.  Plaintiff Kathy West is a citizen of the United States of America who resides in the North Carolina.  The murder of her husband Dennis has caused Kathy severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Kathy West can sue and be sued in this Court.

### The Weyl Family

178.     Plaintiff The Estate of John Weyl is represented in this action by and through Sharon J. Rowan, Administrator of said Estate.   John Weyl was, at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the State of Florida.   The death of John Weyl was caused by a willful and deliberate act of extra judicial killing by the Defendants.

179.     Plaintiff Kelly Bachlor at all times relevant hereto was the daughter of Plaintiff John Weyl.   Plaintiff Kelly Bachlor is a citizen of the United States of America who resides in the Ohio.   The murder of her father John has caused Kelly severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Kelly Bachlor can sue and be sued in this Court.

180.     Plaintiff Robin Brock at all times relevant hereto was the daughter of Plaintiff John Weyl.   Plaintiff Robin Brock is a citizen of the United States of America who resides in the North Carolina.   The murder of her father John has caused Robin severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Robin Brock can sue and be sued in this Court.

181.     Plaintiff Morgan W. Rowan at all times relevant hereto was the daughter of Plaintiff John Weyl.   Plaintiff Morgan W. Rowan is a citizen of the United States of America who resides in the North Carolina.   The murder of her father John has caused Morgan severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Morgan W. Rowan can sue and be sued in this Court.

182.     Plaintiff Sharon J. Rowan at all times relevant hereto was the wife of Plaintiff John Weyl and the Administrator of the Estate of Jon Weyl.   Plaintiff Sharon J. Rowan is a citizen of the United States of America who resides in the North Carolina.   The murder of her

husband John has caused Sharon severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Sharon J. Rowan can sue and be sued in this Court.

183.    Plaintiff Nelson Weyl at all times relevant hereto was the father of Plaintiff John Weyl.  Plaintiff Nelson Weyl is a citizen of the United States of America who resides in the Floirida.  The murder of his son John has caused Nelson severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Nelson Weyl can sue and be sued in this Court.

### The Spencer Family

184.    Plaintiff The Estate of James Silvia is represented in this action by and through Lynne Michol Spencer, Administrator of said Estate.  James Silvia was, at the time of the Marine Barracks Bombing and throughout his lifetime, an American citizen and, at the time of his death, a citizen and resident of the Rhode Island.  The death of James Silvia was caused by a willful and deliberate act of extra judicial killing by the Defendants.

185.    Plaintiff Lynne Michol Spencer at all times relevant hereto was the sister of Plaintiff James Silvia and Administrator of the Estate of James Silvia.  Plaintiff Lynne Michol Spencer is a citizen of the United States of America who resides in Connecticut.  The murder of her brother James has caused Lynne severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Lynne Michol Spencer can sue and be sued in this Court.

186.    Plaintiff Lynne Michol Spencer at all times relevant hereto was the wife of deceased marine Stephen Spencer whose estate is a plaintiff in another action.  Plaintiff Lynne Michol Spencer is a citizen of the United States of America who resides in Connecticut.  The murder of her husband Stephen has caused Lynne severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Lynne Michol Spencer can sue and be sued in this Court.

### Plaintiffs Group Definitions

187.     Joseph A. Barile, John Becker, Rodney E. Burns, Daniel Cuddeback, Jr., Robert Dean, Michael Episcopo, Randy Gaddo, Maynard Hodges, Daniel Joy, Daniel Kremer, Paul Martinez, John Opatovsky, The Estate of Michael L. Page, David Penosky, Christian R. Rauch and Leonard P. Tice shall hereinafter collectively be defined as "Injured Marines."

188.     The Estate of Anthony Brown, The Estate of William R. Gaines, Jr., The Estate of Virgel D. Hamilton, The Estate of David A. Lewis, The Estate of Jeffrey B. Owen, The Estate of Burton Wherland and The Estate James Silvia shall hereinafter be defined as "Deceased Marines."

189.     Vara Brown, John Brown, Sulba Brown, Rowel Brown, Marvine, McBride, LaJuana Smith, Angela E. Barile, Michael Barile, Andrea Ciarla, Ann Marie Moore, Angela Yoak, David Burns, Eugene Burns, Jeannie Scaggs, Barbara Cuddeback, Daniel Cuddeback, Sr., John R. Cuddeback, Louise Gaddo Blattler, Peter Gaddo, Timothy Gaddo, Evelyn Sue Spears Elliot, Michael A. Gaines, The Estate of William R. Gaines, Sr., Carolyn Spears, James S. Spears, Mark Spears, Carol Weaver, Gloria Hamilton, Bruce Hastings, Loretta Brown, Kathy Hodges, Mary Jean Hodges, Cindy Holmes, Shana Saul, Sean Kirkpatrick, The Estate of Christine Kremer, Joseph Kremer, The Estate of Thomas Kremer, Jacqueline Stahrr, Betty Lewis, Jerry L. Lewis, Scott M. Lewis, Teresa Gunther, Alphonso Martinez, Daniel L. Martinez, Michael Martinez, Paul Martinez, Jr., Tomasita L. Martinez, Esther Martinez Parks, Susanne Yeoman, Jean G. Owen, Steven Owen, Albert, Page, Janet Page, Joyce Clifford, Joseph Penosky, Gregory Wherland, Kimmy Wherland, Sarah Wherland, Sharon Davis, Charles F. West, Charles H. West  Rick West, and Lynne Michol Spencer shall hereinafter be defined as "Marine Family Members."

190.    Individuals listed in this paragraph are also plaintiffs in the related actions *Estate of Stephen B. Bland, et al v. Islamic Republic of Iran, et al, 1:05 CV 02124* and *Spencer, et al v. Islamic Republic of Iran, et al 1:05 CV 00750* and are bringing this action to assert their claims against the Defendants pursuant to 28 U.S.C. §1605A(c).   The Estate of Stephen B. Bland, The Estate Sidney Decker, The Estate of Sean F. Estler, The Estate Benjamin E. Fuller, The Estate of Michael Hastings, The Estate of Paul Hein, The Estate of John Hendrickson, The Estate of Bruce Hollingshead, Michael R. Massman,  The Estate of Louis Melendez, The Estate of Michael Mercer, The Estate of Juan C. Rodriguez, The Estate of Billy San Pedro, The Estate of James Surch, The Estate of Eric Walker, The Estate of Obrian Weekes, The Estate of Dennis L. West, The Estate of John Weyl and The Estate of James Silvia hereinafter be defined as "Bland/Spencer Deceased Marines."

191.    Individuals listed in this paragraph are also plaintiffs in the related *Estate of Stephen B. Bland, et al v. Islamic Republic of Iran, et al, 1:05 CV 02124 Spencer, et al v. Islamic Republic of Iran, et al 1:05 CV 00750* and are bringing this action to assert their claims against the Defendants pursuant to 28 U.S.C. §1605A(c). Alan C. Anderson, Ronald L. Duplanty, John Gibson, Renard Manley, Samuel Palmer, Robert Rucker, Thurnell Shields, Emmanuel Simmons, Brad Ulick, Ronnie E. Walker and Galen Weber, shall hereinafter be defined as "Bland/Spencer Injured Marines."

192.    Individuals listed in this paragraph are also plaintiffs in the related actions *Estate of Stephen B. Bland, et al v. Islamic Republic of Iran, et al, 1:05 CV 02124* and *Spencer, et al v. Islamic Republic of Iran, et al 1:05 CV 00750* and are bringing this action to assert their claims against the Defendants pursuant to 28 U.S.C. §1605A(c). Michael Anderson, Thelma Anderson, The Estate of Frank Bland, Ruth Ann Bland, James Bland, The Estate of Laura V.

Copeland, Dudley Decker, Ida Decker, Johnnie Decker, Carolyn Mudd, Keith Estler, Mary Ellen

Estler, Louis Estler, Elaine Allen, Ernest C. Fuller, Holly Gibson, Maurice Gibson, Joyce

Hastings, Christopher Hein, Jo Ann Hein, Karen Hein, Victor J. Hein, Jacqueline M. Kunysz,

John Hendrickson, Tyson Hendrickson, Deborah Ryan,  Melinda Hollingshead, Nicole Gomez,

Angela Massman, Kristopher Massman, Lydia Massman, Patria Lou Smith, Caida Melendez,

Douglas J. Melendez, Johnny Melendez, Sr., Johnny Melendez, Jr., Sarah Mercer Blackman,

Robin Nicely, Louisa Puntonet,  Cesar San Pedro, Guillermo San Pedro, Sila V. San Pedro,

Javier San Pedro, Patty Barnett, Will Surch, Jeanette Dougherty, Marilyn Peterson, Tena

Walker-Jones, Ronnie Walker, Anson Edmond, Arnold Edmond, Hazel Edmond, Wendy

Edmond, Faith Weekes, Ianthe Weekes, Keith Weekes, Meta Weekes, Kathy West, Kelly

Bachlor, Robin Brock, Morgan W. Rowan, Sharon J. Rowan, Nelson, Weyl and Lynne Michol

Spencer shall hereinafter be defined as "Bland/Spencer Marine Family Members."

193.    Injured Marines, Deceased Marines, Marine Family Members, Bland/Spencer

Deceased Marine, Bland/Spencer Injured Marines and Bland/Spencer Marine Family Members

shall hereinafter collectively be referred to as "Plaintiffs."

### B.    The Defendants

194.    The Defendant The Islamic Republic of Iran, is a foreign State which was at the

time of the acts hereinafter complained of and is to present designated as a State sponsor of

terrorism pursuant to Section 6(j) of the Export Administration Act of 1979, 50 U.S.C. app. §

2405(j).

195.    The Defendant The Iranian Ministry of Information and Security, is an agency

of the Defendant, The Islamic Republic of Iran, whose activities included, at all times relevant to

this action, the prosecution of terrorist acts directed against the Armed Forces of the United

States and United States citizens, by and through material support to various terrorist organizations including the Lebanese terrorist organization known as "Hezbollah."

### FACTS

196.     Hezbollah is an organization of Lebanese Muslims who are adherents of the Shia or Shiite faction of Islam. It represents itself as "an Islamic freedom fighting movement" which views any part of the Near East under the control of the State of Israel as "occupied land". It advocates the expulsion of the United States from the Near East and is committed to violent action to that end and to the termination of the existence of the State of Israel. At all times relevant to this action, Defendants gave Hezbollah extensive support, which permitted the organization to carry out a wide ranging program of terrorism against the United States and the State of Israel and a social welfare program designed to garner political support amongst the Shiite population of Lebanon. In 1983, at the time of the acts which gave rise to this action, Hezbollah was under the complete operational control of the Defendants, through Iranian Revolutionary Guards units within Lebanon. The Shia or Shiite Community in Lebanon has been economically depressed for an extended period of time prior to the date of the occurrence and was further disadvantaged by a level of education far below that of other major groups within Lebanon. The provision of extensive economic support by the Defendants to Hezbollah was necessary for that organization to carry out a terrorist attack of the scope and technological sophistication of the attack of October 23, 1983.

197.     The Mission statement of the 24th Amphibious Unit on October 23, 1983 was "to provide a presence in Beirut that would in turn help establish the stability necessary for the Lebanese government to regain control of their capital." The Unit operated under normal, peacetime rules of engagement. Their geographic position was in a reinforced concrete building

at the Beirut Airport. Although there were sporadic small arms and mortar fire directed at the airport, the Unit only replied through counter-fire when receiving such attacks. There was no mission designated by the United States Government, the Lebanese Government or anyone else under which the Unit was a participant in the ongoing civil war. The building being used by the Unit gave excellent protection from small arms, mortar and artillery rounds which struck it from time to time in the months preceding October 23, 1983.

198.     Acting on instructions from the Defendants, The Islamic Republic of Iran and the Iranian Ministry of Information and Security, the Iranian agents of the Defendants in operational control of Hezbollah, with high-level technical participation which would not have been available to Hezbollah in the absence of Iranian control and participation, carried out the construction of a gas-enhanced explosive force equal to 5,000 pounds of explosives. This was in turn mounted in a large Mercedes truck of a type commonly seen on construction projects which had been determined by Iranian terrorist experts to have sufficient weight to crash through an outer barbed wire emplacement, yet would fit between two sandbagged sentry posts, then penetrate through an iron fence gate, climb over a sewer pipe obstruction and through a sandbag inner barrier obstruction into a passenger entry hallway into the center lobby of the building to a position at which Iranian explosive experts had calculated an explosive magnitude to be produced by the device that would collapse the structure. At approximately 6:22 am, Beirut time, on October 23, 1983 the attack was carried out exactly in the complex manner planned by the Iranian agents, producing the results which their calculations had lead them to expect. The collapse of the four-story reinforced concrete structure resulted in the deaths of approximately 241 members of the Armed Forces of the United States and injury to numerous others.

199.     The actions of the agents of the Defendants as above set forth constitutes acts of torture, extrajudicial killing and the provision of material resources for them are acts as defined in Section 2339A, Title 18, United States Code.

200.     The formation of Hezbollah and its emergence as a major terrorist organization was the product of direct intervention by Iranian operatives, including the Iranian Revolutionary Guards, the Defendant, the Ministry of Information and Security and Ali Akbar Mohyashemi, acting as Interior Minister of the Defendant, The Islamic Republic of Iran, and the Iranian Ambassador to Syria. The above-referred activities of Hezbollah were financed, technologically supported and commanded by Iranian military/ intelligence operatives.

<u>COUNT I – 28 U.S.C. §1605A(c)</u>
<u>(All Plaintiffs)</u>

201.     Plaintiffs repeat, reallege and incorporate by reference those facts and allegations set forth in all the foregoing paragraphs as if fully set forth herein.

202.     On October 23, 1983, when the explosive device described above was detonated, the Deceased Marines and Bland/Spencer Deceased Marine suffered fatal injuries. The deaths of the Deceased Marines and Bland/Spencer Deceased Marine were caused by a willful and deliberate act of extra judicial killing. The Defendants, through their agents, financed the attack, planned the attack and rendered material support to the activities of Hezbollah that resulted in the deaths of the Deceased Marines and Bland/Spencer Deceased Marine. Those agents were at all times acting with the scope of their agency and acted on the direction of the Defendants, the Islamic Republic of Iran and the Iranian Ministry of Information and Security.

203.     On October 23, 1983 members of Hezbollah by use of an explosive device as above described, willfully, violently and forcefully battered and did violence to the bodies of the Injured Marines and Bland/Spencer Injured Marines inflicting severe and permanent injuries

upon them resulting in great pain and suffering, which injuries required and continue to require extensive medical treatment, have necessitated the expenditure of funds, inter alia, for hospitals, physician's services, nursing care, and rehabilitation treatment, have deprived the Injured Marines and Bland/Spencer Injured Marines of earning capacity and has permanently disabled the Injured Marines and Bland/Spencer Injured Marines. The willful, wrongful and intentional acts of Hezbollah were funded and directed by the Islamic Republic of Iran through its agent, the Iranian Ministry of Information and Security, and constituted a personal injury upon the Injured Marines and Bland/Spencer Injured Marines.

204.    As a direct and proximate result of the willful, wrongful and intentional acts of the Defendants hereinabove described, for which the Defendants are vicariously, jointly and severally liable, the Deceased Marines, Injured Marines, Bland/Spencer Deceased Marine, Bland/Spencer Injured Marines, Marine Family Members and Bland/Spencer Family Members endured extreme mental anguish, physical injury and pain and suffering, all to their damages.

WHEREFORE, the Deceased Marines, Injured Marines, Bland/Spencer Deceased Marine and Bland/Spencer Injured Marines demand that judgment be entered, jointly and severally, against the Defendants, The Islamic Republic of Iran and the Iranian Ministry of Information and Security, for the damages they suffered, including, but not limited to, wrongful death, pain, suffering, mental anguish, and pecuniary losses, in the amount of ONE HUNDRED MILLION ($100,000,000.00) US Dollars for each of them, on this Count I, and their costs expended; and as to each of the Marine Family Members and Bland/Spencer Marine Family Members, demand that judgment be entered, jointly and severally, against the Defendants, The Islamic Republic of Iran and the Iranian Ministry of Information and Security, for the damages they suffered, including, but not limited to, pain, suffering, mental anguish, emotional distress, and solatium in

the amount of TEN MILLION DOLLARS ($10,000,000.00) for each and every one of them, on this Count I, and their costs expended, including attorneys' fees.

COUNT II
WRONGFUL DEATH
(Under 28 U.S.C. §1605A(c) and State Law)
(on behalf of Deceased Marines)

205.   Plaintiffs, the Deceased Marines, repeat, reallege and incorporate by reference those facts and allegations set forth in each of the foregoing paragraphs as if fully set forth herein.

206.   On October 23, 1983, when the explosive device described above was detonated, the Deceased Marines suffered fatal injuries. The deaths of the Deceased Marines were caused by a willful and deliberate act of extra judicial killing. The Defendants, through their agents, financed the attack, planned the attack and rendered material support to the activities of Hezbollah that resulted in the deaths of the Deceased Marines. Those agents were at all times acting with the scope of their agency and acted on the direction of the Defendants, the Islamic Republic of Iran and the Iranian Ministry of Information and Security.

207.   The beneficiaries of the Deceased Marines who survived them as a direct and proximate consequence of the actions of the Defendants hereinabove described, for which the Defendants are vicariously, jointly and severally liable, suffered pecuniary loss, including assistance to the beneficiaries, the loss of future earnings and accretions to the Estates of the Deceased Marines and funeral and burial expenses.

WHEREFORE, Plaintiffs, the Estate of the Deceased Marines, demand that judgment be entered, jointly and severally, against Defendants in the amount of ONE HUNDRED MILLION ($100,000,000.00) US Dollars for each of them on this Count II, and their costs expended.

COUNT III

75

## SURVIVAL CLAIM
### (Under 28 U.S.C. §1605A(c) and State Law)
### (on behalf of the Deceased Marines)

208.    Plaintiffs, the Deceased Marines, repeat and re-allege each and every allegation set forth with like effect as if alleged herein.

209.    Before death, the Deceased Marines suffered extreme bodily pain and suffering, as a result of the actions described above which were undertaken by the agents of the Defendants, and the Decedents hereby suffered damages in the amount of one hundred million dollars.

WHEREFORE, the Estates of the Deceased Marines demand judgment, jointly and severally, against Defendants, The Islamic Republic of Iran and the Iranian Ministry of Information and Security, in the amount of ONE HUNDRED MILLION ($100,000,000.00) US Dollars for each of them on this Count III, and their costs expended.

## COUNT IV
### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS INCLUDING SOLATIUM
### (Under 28 U.S.C. §1605A(c) and State Law)
### (on behalf of the Deceased Marines, Injured Marines and Marine Family Members)

210.    Plaintiffs repeat and re-allege each and every allegation set forth above with like effect as if alleged herein.

211.    The acts of Defendants set forth above constitute extreme and outrageous conduct with the intent to inflict emotional distress, duress and suffering upon the Deceased Marines, Injured Marines and Marine Family Members.

212.    As a direct consequence of the actions of the Defendants, the Islamic Republic of

Iran and the Iranian Ministry of Information and Security the Plaintiffs have suffered extraordinary grief and mental anguish, and each has thereby suffered damages in the amount of ten million dollars.

WHEREFORE, Injured Marines and Deceased Marines demand that judgment be entered, jointly and severally, against the Defendants, The Islamic Republic of Iran and the Iranian Ministry of Information and Security, for the damages they suffered for the pain suffering, mental anguish and pecuniary losses in the amount of ONE HUNDRED MILLION ($100,000,000.00) US Dollars for each of them, on this Count IV, and their costs expended; and as to each of Marine Family Members, demand that judgment be entered, jointly and severally, against the Defendants, The Islamic Republic of Iran and the Iranian Ministry of Information and Security, for the damages they suffered, including but not limited to pain, suffering, mental anguish, emotional distress, solatium in the amount of TEN MILLION DOLLARS ($10,000,000.00) for each and every one of them, on this Count IV, and their costs expended.

COUNT V
BATTERY
(Under 28 U.S.C. §1605A(c) and State Law)
(on behalf of the Injured Marines)

213.    The Injured Marines repeat and re-allege each and every allegation set forth above with like effect as if alleged herein.

214.    On October 23, 1983 members of Hezbollah by use of an explosive device as above described, willfully, violently and forcefully battered and did violence to the bodies of the Injured Marines inflicting severe and permanent injuries upon them resulting in great pain and suffering, which injuries required and continue to require extensive medical treatment, have necessitated the expenditure of funds, inter alia, for hospitals, physician's services, nursing care, and rehabilitation treatment, have deprived the Injured Marines of earning capacity and has

permanently disabled the Injured Marines. The willful, wrongful and intentional acts of Hezbollah were funded and directed by the Islamic Republic of Iran through its agent, the Iranian Ministry of Information and Security, and constituted a battery upon the Injured Marines.

WHEREFORE, the Injured Marines demand that judgment be entered, jointly and severally, against Defendants, the Islamic Republic of Iran and the Iranian Ministry of Information and Security, in the amount of ONE HUNDRED MILLION ($100,000,000.00) US Dollars for each of them, on this Count V, and their costs expended.

COUNT VI
ASSAULT
(Under 28 U.S.C. §1605A(c) and State Law)
(on behalf of the Injured Marines)

215.    The Injured Marines repeat and re-allege each and every allegation set forth above with the effect as if alleged herein.

216.    The members of Hezbollah, as above alleged, intentionally and willfully placed the Injured Marines in fear and apprehension of harm as a direct result of their actions including the physical abuse they inflicted upon him. The willful, wrongful and intentional acts of Hezbollah members were funded by and directed by the Islamic Republic of Iran through its agency, the Iranian Ministry of Information and Security, and the Injured Marines were injured in that they endured extreme mental anguish, physical injury and pain and suffering.

WHEREFORE, the Injured Marines demand that judgment be entered, jointly and severally, against Defendants, the Islamic Republic of Iran and the Iranian Ministry of Information and Security, in the amount of ONE HUNDRED MILLION ($100,000,000.00) US Dollars for each of them, on this Count VI, and their costs expended.

COUNT VII
PUNITIVE DAMAGES
(Under 28 U.S.C. § 1605A(c))

 (on behalf of all Plaintiffs)

217.     The Plaintiffs repeat and re-allege each and every allegation set forth above with like effect as if alleged herein.

218.     The actions of the Defendants, carried out by their agents as described above, were malicious, willful, unlawful and in wanton disregard of life and the standards of law that govern the actions of civilized nations. The loss of life as above described was intended as a result by each Defendant. The Deceased Marines, Injured Marines, Bland/Spencer Deceased Marine and Bland/Spencer Injured Marines were not engaged in war or in police duties. The actions of those who carried out the attack described were within the scope of their agency on behalf on the Defendants. In accordance with the provisions of 28 U.S.C §1605A(c) the estates of the Deceased Marines, Bland/Spencer Deceased Marine, Injured Marines, Bland/Spencer Injured Marines, Marine Family Members and Bland/Spencer Family Members are thereby entitled to punitive damages.

219.     The actions of the Hezbollah members, as above set forth, were intentional and malicious and in willful, wanton and reckless disregard of the Deceased Marines, Bland/Spencer Deceased Marine, Injured Marines and Bland/Spencer Injured Marines rights and physical well being. All of the acts of Hezbollah were facilitated through funding, training and support by the Iranian Republic Ministry of Information and Security. In accordance with 28 U.S.C  § 1605A(c) both the Defendants, the Iranian Ministry of Information and Security, and the Defendant the Islamic Republic of Iran, are therefore vicariously liable for the actions of the Hezbollah members. In providing such funding, direction and training, the Iranian Ministry of Information and Security was acting within the scope of its agency as an instrumentality of the Islamic Republic of Iran. Said agency rendered material support to those actually carrying out the acts

above described. An award of punitive damages is requested as to both Defendants, jointly and severally, in accordance with the provisions of 28 U.S.C. §1605A(c) vicariously liable for punitive damages.

WHEREFORE, the Plaintiffs pray that judgment be entered, jointly and severally, against The Islamic Republic of Iran and the Iranian Ministry of Information and Security, on behalf of all Deceased Marines, Bland/Spencer Deceased Marine, Injured Marines, Bland/Spencer Injured Marines, Marine Family Members and Bland/Spencer Marine Family Members, in the amount of **ONE BILLION US DOLLARS ($1,000,000,000.00)** for each of them, and their costs expended.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request judgment against the Defendants, jointly and severally, as follows:

1.   Awarding Plaintiffs compensatory damages against Defendants, jointly and severally, in an amount to be determined at trial;

2.   Awarding Plaintiffs punitive or exemplary damages against Defendants, jointly and severally, according to proof at trial;

3.   Awarding Plaintiffs prejudgment and post-judgment interest at the maximum rate allowable by law;

4.   Awarding Plaintiffs their costs and disbursements and reasonable allowances of fees for Plaintiffs counsel and experts and reimbursement of expenses;

5.   Allowing a lis pendens notice of action to issue and be noted and enforced by the Court.

6.   Leave to amend this Complaint as interests of justice may allow; and

7.   Granting any and all such further relief as the Court may deem just and proper.

Dated: April 9, 2008

Washington, DC                                    Respectfully submitted,

                                                   HEIDEMAN NUDELMAN
                                                   & KALIK, P.C.
                                                   1146 19th Street, NW, 5th Floor
                                                   Washington, DC 20036
                                                   Telephone:  202-463-1818
                                                   Telefax:      202-463-2999

                                                   By: */s/ Richard D. Heideman*_____

                                                      */s/__Tracy Reichman Kalik*_____
                                                      Richard D. Heideman (No. 377462)
                                                      Noel J. Nudelman (No. 449969)
                                                      Tracy Reichman Kalik (No. 462055)