

1146 19ᵀᴴ STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036
TELEPHONE 202.463.1818
TELEFAX    202.463.2999
www.hnklaw.com
attorneys@hnklaw.com

September 5, 2008

*BY HAND*

Nancy Mayer-Whittington
Clerk, United States District Court
    for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    RE:    *Estate of Anthony K. Brown v. Islamic Republic of Iran*,
             Civil Action No. 08-00531 (RCL): Request for Service Through
             Diplomatic Channels

Dear Ms. Mayer-Whittington:

       As counsel to the Plaintiffs in the above referenced action, and pursuant to the provisions of the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. §§ 1602, *et seq.*, we hereby request that the Clerk's Office "send[] two copies of the summons and complaint and a notice of suit" and administrative documents, "together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services" so that the "Secretary shall transmit one copy of the papers through diplomatic channels to the foreign state and shall send to the clerk of the court a certified copy of the diplomatic note indicating when the papers were transmitted." 28 U.S.C. § 1608(a)(4). In this matter, the foreign state is the Islamic Republic of Iran.

       Service under §1608(a)(4) is appropriate at this time as there is no "special arrangement" and no "applicable international convention on service of judicial documents with Iran, and Iran does not accept service through its Ministry of Foreign Affairs in Tehran, Iran. *See* 28 U.S.C. §1608 (a)(1), (a)(2) and (a)(3). Service of process against Iran has been impossible through other means and accordingly we are requesting to serve directly under 28 U.S.C. 1608(a)(4) without any further attempts under any other provision.

       The defendants in this case are (1) the Islamic Republic of Iran, Ministry of Foreign Affairs, and (2) the Iranian Ministry of Information and Security. Enclosed are two copies for each defendant of the Summons, Complaint, Notice of Suit, and administrative documents, as well as two copies of the translations of each document into

MEMBERS OF THE FIRM ARE
LICENSED TO PRACTICE IN VARIOUS JURISDICTIONS INCLUDING:

DISTRICT OF COLUMBIA • INDIANA • KENTUCKY • MARYLAND • MISSOURI • NEW JERSEY • NEW YORK • WYOMING • ISRAEL

Farsi, the official language of Iran. Also enclosed are two certified checks for $735.00 each, payable to "U.S. Embassy Bern", as we understand that the United States does not maintain an embassy in Iran, and instead our request will be passed through the U.S. Embassy in Bern, Switzerland for transmittal to Iran.

We understand that after you have assembled the requisite documents and attached return receipt notices, you will return the package of documents to us for placement in the U.S. mail to the Director of Special Consular Services, Edward A. Betancourt. Please call me at 202.463.1818 when the package is ready and we will pick it up. Please also notify me when the Secretary of State sends you a certified copy of the diplomatic notes indicating when the papers were transmitted.

If you have any questions, please feel free call me at the phone number listed above.

Sincerely,

Tracy R. Kalik

Enclosures